| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | *AFPF V. DHS (22-CV-02015)(2022-HQLI-00047)  Vaughn Index in Support of Motion for Summary Judgment* | | | | | | | |
| 2 | **Bates Range** | **Number of pages** | **Release Document Name** | **Description of Document** | **Date** | **Exemptions Applied** | **Explanation of Withholdings** | |
| 3 | DHS-001-002015-000708-713 | 6 | Disinformation Governance Board DHS MDM Capabilities Review | Draft document on the Disinformation Governance Board DHS MDM Capabilities Review | No Date | (b)(5) | DHS applied FOIA Exemption (b)(5) to protect deliberative information contained within a draft document that identifies gaps and discusses recommendations related to the capability of the Disinformtion Govenrance Board to address MDM. This document contains comments from federal employees about defintions, scope of recommendations, discussion points or language that is confusing, misleading, or ambiguous.  In conjunction with these comments, there are extensive redline edits that propose deletions and additions to the document.  This document is one version that multiple offices in DHS were working on collaboratively, and as such serves as a way for the federal employees to have candid conversations about the topic.  Release of this document would directly harm the frank and candid discussions federal employees routinely have, but especially here where this document is attempting to evaluate strengths and weaknesses of a project the agency recently launched. These types of frank discussions are required for the agency to adequately assess projects and programs, especially new initiatives. Additionally, there is potential harm that the public would be confused by the comments and edits, as to what the agency intended or ultimately the course of action the agency undertook regarding the subject matter discussed in this document. | |
| 4 | DHS-001-002015-000714-721 | 8 | Department of Homeland Security Concept of Operations | Plan for analytic exchanges with private sector companies on mis-,dis- and mal-information relating to homeland security | No Date | (b)(5) | DHS applied FOIA Exemption (b)(5) to protect information covered by the deliberative-process privilege contained within a draft document providing a  summary of the concept of operations. This document contains incomplete sections, incomplete appendices, comments for offices, and highlights clearly indicating that this was a working document amongst multiple offices in the agency. Disclosure of this partially prepared document would cause confusion and mislead the public as to the actions the agency was considering versus the actual actions the agency may have taken. | |
| 5 | DHS-001-002015-000722-726 | 5 | Organizing DHS Efforts to Counter Disinformation | Memorandum to the Secretary containing background information, extensive discussion of multiple options for Organizing DHS Efforts to Counter Disinformation, and recommendations | September 13, 2021 | (b)(5) | DHS applied FOIA Exemption (b)(5) to portions of this memorandum to protect discussions about options for organizing DHS efforts to counter disinformation and recommendations.  These portions contained deliberative discussions about the strengths and weaknesses of each option and provides a recommendation.  This memorandum was clearly intended to be an Information memorandum based on the title. The Department released in full the Action Memorandum for the Secretary dated January 31, 2022 that set forth the direction the Secretary gave Departmental offices, which is available to the public in DHS' Publications Libarary available at www.dhs.gov/publication. The types of candid conversations contained in the September 13, 2021 Information Memorandum are important for an agency in its planning and execution of programs and initiatives and the consideration of alternative approaches.  Releasing such discussions would have a direct impact on thoughtful discussion of multiple approaches for a specific issue and a chilling effect on agency officials considering options.  Portions of this memorandum contained discussion about future work DHS offices were planning under the "*Building Resilence*" bullet.  These are deliberative discussions about plans related to future activites.  Disclosing these types of discussions would impact the agency's ability to discuss future projects and have candid discussions about prospective activity. Additionally, the discussion about future activities could cause confusion and mislead the public as to the actions the agency was considering versus the actual actions the agency may have taken. | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 6 | DHS-001-002015-000682-707 | 26 | Ukraine Mis- Dis- and Mal- Information (MDM) Tabletop Exericse TTX | Slides that accompanied a tabletop exercise the agency held on January 25, 2022 | January 25, 2022 | (b)(5) (b)(7)(E) | DHS applied FOIA Exemption (b)(5) to withhold the information contained in this document in order to protect descriptons of scenarios and discussion questions associated with a tabletop exercise that was designed to test DHS' response to the identified scenarios, including assessing the roles and responsibilities assigned to different offices and components in DHS.  This tabletop exercise was designed to test different approaches DHS was considering in its draft Playbook.  DHS withheld the slide deck pursuant to (b)(5) because it contains deliberations about scenarios related to potential terrorist and cyber threats and potential courses of action DHS may take to address those threats, including identifying potential vulnerabilities and weaknesses in DHS' response and contingency plans for immigration emergencies.  Releasing these deliberations would cause harm to DHS' preparation for potential scenarios or crisis sitautions by testing our agency's ability to respond to these sitautions through the use of tabletop exercises.  DHS engages in these types of activities specifically for the benefit of ensuring it is prepared to respond and to help identify potential weaknesses and strengths in its ability to respond.  Releasing such deliberations would have a direct chilling effect on offices agreeing to participate in similiar activities in the future.  DHS applied FOIA Exemption (b)(7)(e) because this slide deck contains information related to the techniques that CBP and I&A use to carry out their missions to develop intelligence products and how those intelligence products are used to address threats, and manage border crossings in an emergency situation.  This document contains information related to CBP's techniques for managing border crossings at official points of entry, techniques CBP may utilize in an emergency situation to protect the U.S. borders, and an assessment about weaknesses and strengths. | |
| 7 | DHS-001-0002015-000812-827 | 16 | DHS Ukraine Task Force Proposal | Draft discussion about a proposal for DHS creating a Ukraine Taskforce and coordination with the interagency. | February 6, 2022 | (b)(5) | DHS applied FOIA Exemption (b)(5) to withhold deliberative information, as this is a draft that contains fragmented thoughts and notes about potential content to include on each slide.  Many pages contain text with question marks and notes to insert additional detail or markings such as "TBD" indicating that this record would include additional text in the future.  Releasing this document would be confusing  to the public, given the nature of the fragmented thoughts rather than provide the public information about actions the agency actually undertook.  Additionally, release of this information would have a direct impact on the agency personnel who are charged with addressing issues or preparing proposals, as it would chill the ability of personnel to freely consider the types of inforamtion it may consider including in a presentation or proposal, writing out different variations and options for presenting information, and generally preparing notes and information in a thoughtful manner. | |
| 8 | DHS-001-002015-000832-833 | 2 | Summary of Disinformation Governance Board Roles and Responsibilities | Draft copy summarizing the roles and responsibilities of the Disinformation Governance Board | No Date | (b)(5) | DHS applied FOIA Exemption (b)(5) to withhold the deliberative information, as this is a partial draft with no date; is not addressed to any specific DHS personnel or DHS office; and is comprised of bulleted lists that appears to be an initial outline of the author's thinking about potential roles and responsibilities to include and exclude for a potential Board.  Releasing such a deliberative document will chill the preparation that DHS personnel undertake and thoughtful analysis personnel conduct through written products.  The DHS Disinformation Governance Board Charter the Secretary signed on February 24, 2022 is the final document that DHS released in full.  This Charter is available to the public in the DHS Publications Library at www.dhs.gov/publications. | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 9 | DHS-001-002015-000834-837 | 4 | Summary of U.S. Department of Homeland Security (DHS) Authorities Concerning Mis-, Dis-, and Mal-Information (MDM) | Draft paper on the Summary of DHS authorities concerning misinformation, disinformation, and malinformation | No Date | (b)(5) | DHS applied FOIA Exemption (b)(5) to withhold the deliberative, attorney work product and attorney client privileged information contained within a draft document discussing DHS authorities concerning misinformation, disinformation, and malinformation.  A DHS attorney prepared the document to analyze DHS statutory authorities and provide legal advice on DHS' statutory authorities that are applicable to misinformation, disinformation, and malinformation.  Releasing this attorney work product and attorney client privileged information would directly harm the Department in chilling leadership and program offices from seeking legal advice.  The final agency action relating to the discussion in this draft document is the DHS Disinformation Governance Board Charter the Secretary signed on February 24, 2022, which DHS released in full.  This Charter is available to the public in the DHS PUblications Library at www.dhs.gov/publications. | |
| 10 | DHS-001-002015-000843 | 1 | Inquiry in connection with your DHS disinformation governance board | Email discussing DHS disinformation governance board | April 27, 2022 | (b)(6) | DHS applied FOIA Exemption (b)(6) to protect the names of a Senate employee and the email addresses of the Senate employee. Disclosure of such information would constitute an unwarranted invasion of the privacy of this individual and DHS employee.  The DHS employee's name is released in this email, as she is a senior leader.  The name of the individual employed by the Senate is not released, as that individual is not a public official.  Release of this individual's name would not shed light on the operations of DHS. | . |
| 11 | DHS-001-002015-000854-856 | 3 | Misinformation, Disinformation, and Malinformation ("MDM") Points | Paper summarizing MDM Points | January 27, 2022 | (b)(5) | DHS applied FOIA Exemption (b)(5) to protect deliberative information contained within a discussion about the outcomes of the Misinformation, Disinformation, and Malinformation Tabletop Exercise DHS conducted to evaluate its offices and components roles and responsibilities.  This document summarizes the lessons learned from the tabletop exercise and discusses potential options for changing roles and responsibiltiies based on the lessons learned from the tabletop exercise.  Releasing these deliberations would cause harm to DHS' ability to prepare for potential scenarios or crisis sitautions by testing our agency's ability to respond to these sitautions in tabletop exercises.  DHS engages in these types of activities specifically for the benefit of ensuring it is prepared to respond and to help identify potential weekenesses and strengths in its ability to respond.  Releasing such deliberations would have a direct chilling effect on offices agreeing to participate in similiar activities in the future. | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 12 | Original Bates Range: DHS-001-02015-001268-1270 (Supplemental Release Bates: DHS-001-01657-005434-5436) | 3 | DHS Authorities in th MDM Space | Draft numbered and bulleted list of DHS authorities related to MDM activities | No Date | (b)(5); (b)(7)(E) | DHS applied FOIA Exemption (b)(5) to withhold the deliberative, attorney work product, and attorney client privileged information contained within a draft document discussing DHS authorities concerning misinformation, disinformation, and malinformation, including a discussion of DHS' Office of Intelligence and Analysis (I&A) functions. The document is comprised of a numbered and bulleted list. The form of this document indicates that the author was using it to collect their thoughts and legal analysis about the roles and responsibilities of different offices and components in the misinformation, disinformation, and malinformation space.  This document appears to be a precursor to the draft paper located at Bates Stamp DHS-001-002015-000834-837.  Releasing this type of work product would directly harm the open and willingness of DHS programs, offices, and leadership seeking legal advice, especially when Department identifies a need for new programs or projects.  Additionally, the release of this type of document would have a chilling effect on attorneys in the department candidly evaluating legal questions related to authorities and drafting thoughtful analysis for internal consideration and discussion.  DHS also notes that this draft analysis and the analysis contained in Bates Stamp DHS-001-002015-000834-837 were used to prepare portions of  the National Terrorism Advisory Bulletin issued on February  7, 2022, Summary of Terrorism Threat to the U.S. Homeland available at www.dhs.gov/ntas/advisory/national-terrorism-advisory-system-bulletin-february-07-2022.  DHS applied FOIA Exemption (b)(7)(E) to protect discussions about I&A functions and discussions about techniques and practices I&A uses that may be relevant or related to misinformation, disinformation, and malinformation.  The release of this type of information could reasonably be expected to risk circumvention of the law, as this information would enable individuals considering the threat vectors discussed in the scenarios to avoid detection by DHS and the Intelligence Community, thereby endangering U.S. national security. | |
| 13 | DHS-001-002015-000558-565 | 8 | Background Information: DHS PLCY's Roles and Responsibilities in the Department's Information Manipulation Mission | Draft analysis about DHS efforts to counter information manipulation | November 20, 2021 | (b)(5) | DHS applied FOIA Exemption (b)(5) to withold the deliberative analysis of DHS efforts in the event specific actions take place.  The information contained in this document is predicated on discussions about potential changes regarding DHS role in this space but these changes never came to fruition.  This is a planning documentation to identify expertise, capability, and potential weaknesses within DHS to address information manipulation should certain specific actions take place.  Additionally, the document contains numerous recommendations and it is not clear that DHS took any actions on these recommendations.  These types of deliberative and thoughtful internal evaluations are required for offices and components to quickly provide information should DHS leadership request it.  However, this particular analysis was not authored for any specific briefing of senior Department leadership or addressed to any particular office or DHS personnel.  Rather, this appears to be an initial assessment of DHS' capabilities and identify potential offices in DHS that could lead continued discussions internally, should certain actions take place. Releasing these types of internal deliberations would directly harm the agency by having a chilling effect on the preparation of such analysis.  This is a duplicative record and DHS, upon further review, released the title and date of this document when it processed ORIGINAL BATES RANGE DHS-001-02015-000780-787 (Supplemental Bates: DHS-001-002015-000917-924) in the Supplemental Release dated May 21, 2026. | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 14 | DHS-001-002015-000566-581 | 16 | Sync on Disinformation Governance Board Announcement | Email related to the announcement of a Disinformation Governance Board | April 15-27, 2022 | (b)(5); (b)(6) | DHS applied FOIA Exemption (b)(6) to protect the names, phone numbers, email addresses and other personally identifiable information of DHS and other federal govenrment employees contained within this email chain.  Disclosure of such information would constitute an unwarranted invasion of the privacy of these employees.  DHS also applied Exemption (b)(6) to the names of individuals not in the Federal Government.  These individuals were identified as potentially being resources to DHS but it is unclear that they ever provided any input or had any affiliation with this project or DHS.  Given that its unclear these individuals had any affiliation or input in policies of DHS, there is no public interest present that outweighs their right to personal privacy.  DHS also applied FOIA Exemption (b)(5) to specific portions of the email discussion.  These discussions are about strategy that if released would directly harm the candid conversations amongst federal employees. | |
| 15 | DHS-001-002015-000618-619 | 2 | MDM Memo: Disinformation Governance Board | Email about narratives related to the Disinformation Governance Board | April 29, 2022 | (b)(6) | DHS applied FOIA Exemption (b)(6) to protect the names, phone numbers, and email addresses of DHS employees and individuals not in the Federal Government. The DHS employees were not high level officials.  DHS will release the company affiliation of the employees that are not federal employees.  Disclosure of such information would constitute an unwarranted invasion of the privacy of these individuals, and the privacy of these individuals outweighs the public's need to know the names of these individuals, as the names of these individuals would not shed light on DHS operations and activities.  The companies DHS was working with, however, would provide insight into the DHS operations and activities. | |
| 16 | DHS-001-002015-000620 | 1 | MDM Memo: Disinformation Governance Board | Draft Memorandum about narratives related to the Disinformation Governance Board | April 29, 2022 | (b)(5) | DHS applied FOIA Exemption (b)(5) to protect the deliberative information contained in the document marked as Pre-decisional and Draft.  This document was submitted by a contractor of DHS who was engaged to provide communcation analytics and support services to DHS specifically related to disinformation. This is a document that a contractor created to provide the federal government information about the news articles discussing or publicly available information about the DHS' Disinformation Governance Board, which falls within the purpose for which this company was hired to provide services to DHS.  The document contains a selective compilation of different types of narratives about the Disinformation Governance Board, which warrants deliberative process privilege, where there was a thoughtful approach to compiling the exact narratives that the author chose to compile.  Agencies must have the ability to understand the reception of new initiatives and understand the critiques of certain agency activities.  Disclosing this document will have a direct chilling effect on federal employees evaluating new initiatives and activities. | |
| 17 | DHS-001-002015-000637-639 | 3 | MDM Presentation Talking Points | Notes and talking points related to a presentation | February 8, 2022 | (b)(5) | DHS applied FOIA Exemption (b)(5) to protect the deliberative information contained in this document.  The document contains notes, bullets, numbered lists and potential approaches for topics.  It's unclear if the individual provided this presentation and which points the author relied upon.  Additionally, this document contains notes to other individuals about points they may want to incorporate or notes about the tempo or timing of different portions of the presentation.  The form and content of this document indicates it was a planning tool.  The release of this type of deliberative material will have a direct chilling effect on federal employees considering how to present material and evaluating approaches candidly, and also have a chilling effect on candid discussions amongst federal employees. | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 18 | DHS-001-002015-000645-647 | 3 | MDM Presetnation Talking Points | Notes and talking points related to a presentation | February 8, 2022 | (b)(5) | DHS applied FOIA Exemption (b)(5) to protect the deliberative information contained in this document.  This document appears to be a later version of DHS-001-002015-000637-639, given the additional details added.  This version includes highlights and additional notes to another federal employee.  The document continues to contain notes, bullets, numbered lists, and potential approaches for topics.  It's unclear if the individual provided this presentation and which points the author or presenters relied upon.  Additionally, this document continues to contain notes to other individuals about points they may want to incorporate or notes about the tempo or timing of different portions of the presentation.  The form and content of this document indicates it was a planning tool. The release of this type of deliberative material will have a direct chilling effect on federal employees considering how to present material and evaluating approaches candidly, and also have a chilling effect on candid discussions amongst federal employees. | |
| 19 | DHS-001-002015-00648-651 | 4 | Deputies Committee Meeting - Efforts to Counter Information Manipulation | Briefing document for an upcoming Deputies Committee Meeting | February 11, 2022 | (b)(5) | DHS applied FOIA Exemption (b)(5) to protect the deliberative information contained in this document.  This document contains extensive redline edits, comments, and highlights throughout the document.  There are discussions about what to include or remove from the document and questions about the existing text.  Release of this document would harm the candid conversations of federal employees, the coordination of briefing documents amongst multiple offices, and thoughtful questions about the contents of briefing documents. | |
| 20 | ORIGINAL BATES: DHS-001-02015-000705-715        (Supplemental Bates: DHS-001-002015-000877-887) | 11 | Ukraine MDM Playbook | Draft document discussing MDM threats regarding Ukraine | January 2022 | (b)(5) | DHS applied FOIA Exemption (b)(5) to protect information covered by the deliberative process privilege to this draft Playbook.  The document contains extensive redline edits and is version marked indicating that this document was in development rather than a final version.  Additionally, as indicated in the discussion of DHS-001-002015-000682-707, DHS developed table top exercises to further update this Playbook. Furthermore, based on the documents located in the DHS Publications Library (accessed at www.dhs.gov/publications), this Playbook was continually updated through at least February 2022.  Releasing this document would directly harm candid discussions and thoughtful development of documents, including impacting the ability to assess a draft document and identify weaknesses associated with the inforamtion contained therein. Additionally, releasing this document may cause confusion and potentially mislead the public as to what the Department intended, as this is still a document in development. | |
| 21 | ORIGINAL BATES: DHS-001-02015-000780-787 (Supplemental Bates: DHS-001-002015-000917-924) | 8 | Background Information: DHS PLCY's Roles and Responsibilities in the Department's Information Manipulation Mission | Draft analysis about DHS efforts to counter information manipulation | November 20, 2021 | (b)(5) | DHS applied FOIA Exemption (b)(5) to withold the deliberative analysis of DHS efforts in the event specific actions take place.  The information contained in this document is predicated on discussions about potential changes regarding DHS role in this space but these changes never came to fruition.  This is a planning documentation to identify expertise, capability, and potential weaknesses within DHS to address information manipulation should certain specific actions take place.  Additionally, the document contains numerous recommendations and it is not clear that DHS took any actions on these recommendations.  These types of deliberative and thoughtful internal evaluations are required for offices and components to quickly provide information should DHS leadership request it.  However, this particular analysis was not authored for any specific briefing of senior Department leadership or addressed to any particular office or DHS personnel.  Rather, this appears to be an initial assessment of DHS' capabilities and identify potential offices in DHS that could lead continued discussions internally, should certain actions take place. Releasing these types of internal deliberations would directly harm the agency by having a chilling effect on the preparation of such analysis. (Note: this is a duplicative record of DHS-001-002015-000558-565). | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 22 | ORIGINAL BATES: DHS-001-02015-000810-814 (Supplemental Bates: DHS-001-002015-000925-929) | 5 | For Input: Disinformation Way Forward | Email releated to drafting and editing language for public release | April 29, 2022 | (b)(5); (b)(6) | DHS applied FOIA Exemtpion (b)(5) to information covered by the deliberative process privilege.  The email chain contains multiple versions of a notice that the Department was considering releasing to the public.  The redacted information contains edits to the proposed notice and strategy on how to communicate with reporters.  Disclosure of this information would inhibit employee's preparation of draft and deliberative material for candid discussions.  Additionally, the different versions and drafts could mislead and confuse the public. Finally, there was a version of the statements being discussed in this email chain released to the media and public on April 29, 2022.  This version released to the public is available in documents in DHS Publication Library located at www.dhs.gov/Publications. DHS applied FOIA Exemption (b)(6) to protect the phone numbers and email addresses of DHS federal government employees.  Disclsoure of such information would constitute an unwarranted invasion of the privacy of these employees. | |