**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | ) | Civil Action No. 22-2015 (CRC) |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT**

Under Federal Rule of Civil Procedure 56 and Rule 7 of the Local Civil Rules of the United States District Court for the District of Columbia, Plaintiff Americans for Prosperity Foundation ("AFPF") hereby opposes Defendant U.S. Department of Homeland Security's motion for summary judgment and respectfully cross-moves for summary judgment.

In support of its opposition and cross-motion, CoA Institute relies upon the attached Memorandum of Points and Authorities, Plaintiff's Statement of Undisputed Material Facts, Plaintiff's Response to Defendant's Statement of Material Facts Not in Dispute, and the Declaration of Ryan P. Mulvey. A Proposed Order also is attached.

//

//

//

Dated: September 14, 2026

Respectfully submitted,

/s/ Ryan P. Mulvey
Ryan P. Mulvey
(D.C. Bar No. 1024362)

AMERICANS FOR PROSPERITY
FOUNDATION
4201 Wilson Boulevard, Suite 1000
Arlington, VA 22203
Telephone: (571) 444-2841
rmulvey@afphq.org

*Counsel for Plaintiff AFPF*