**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | ) | Civil Action No. 22-2015 (CRC) |

**DECLARATION OF RYAN P. MULVEY**

I, Ryan P. Mulvey, pursuant to 28 U.S.C. § 1746, do hereby declare and state:

1. I am Senior Policy Counsel at Americans for Prosperity Foundation ("AFPF"). My responsibilities include, among other things, working on matters involving the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. I represent Plaintiff AFPF in this lawsuit.

2. I submit this declaration in support of AFPF's cross-motion for summary judgment and in opposition to Defendant U.S. Department of Homeland Security's ("DHS") motion for summary judgment.

3. The statements in this declaration are based upon knowledge I have acquired in the performance of my official duties, information provided to me in my official capacity by other AFPF personnel, and my first-hand experience reviewing and analyzing relevant records maintained by AFPF during the ordinary course of business.

**DHS's Disinformation Governance Board**

4. On May 14, 2026, the U.S. Government Accountability Office ("GAO") published Decision B-334308, entitled "Department of Homeland Security—Application of an

Appropriations Act Prohibition and the Antideficiency Act to the Disinformation Governance Board." A true and correct copy of that decision in attached hereto as **Exhibit 1**. I accessed this copy of the decision through GAO's website at https://www.gao.gov/products/b-334308. Because the decision is a publication issued by a public authority—namely, GAO—it is self-authenticating under Federal Rule of Evidence 902. Among other things, the GAO decision memorializes its determination that DHS violated the Consolidated Appropriations Act, 2022 and the Antideficiency Act by chartering the Disinformation Governance Board.

5. As detailed in GAO's decision, then-Secretary Alejandro Mayorkas signed the charter for DHS's Disinformation Governance Board on February 24, 2022. Ex. 1 at 2. DHS produced a copy of the signed charter to AFPF as part of its processing of records in this litigation. A true and correct copy of the charter, as received by AFPF, is attached hereto as **Exhibit 2**.

6. AFPF only learned of the creation of the Disinformation Governance Board in April 2022, after various news reports covered DHS's announcement about the Board and its new executive director, Nina Jankowicz. One such report is cited in AFPF's Complaint. *See* Compl. ¶ 9, ECF No. 1 (citing Amanda Seitz, *Disinformation board to tackle Russia, migrant smugglers*, AP News, Apr. 28, 2022, https://bit.ly/3OF0ed3).

7. AFPF took note of the tremendous criticism that DHS's creation of the Disinformation Governance Board caused at the time. *See, e.g.*, Compl. ¶¶ 10–14, 16.

8. As detailed in GAO's decision, DHS "paused" the work of the Disinformation Governance Board in May 2022, pending review and assessment of the Board's activities by the Homeland Security Advisory Council ("HSAC"). Ex. 1 at 4. Ms. Jankowicz resigned from her leadership position at the same time. Ex. 1 at 4. Both developments were reported by the press. *See, e.g.*, Compl. ¶ 14 (citing CNN story).

9. As detailed in GAO's decision, HSAC recommended that DHS terminate the Disinformation Governance Board. Ex. 1 at 5. HSAC's final recommendation can be accessed through DHS's website at https://www.dhs.gov/sites/default/files/2022-08/22_0824_ope_hsac-disinformation-subcommittee-final-report-08242022.pdf.

10. On August 24, 2022, DHS announced it was "'terminat[ing] the Disinformation Governance Board and rescind[ing] its charter effective today.'" A true and correct copy of DHS's press release is attached hereto as **Exhibit 3**. I accessed and made a PDF copy of DHS's press release through the agency's website at https://www.dhs.gov/archive/news/2022/08/24/following-hsac-recommendation-dhs-terminates-disinformation-governance-board. Because the release is a publication issued by a public authority, it is self-authenticating pursuant to Federal Rule of Evidence 902.

11. GAO's decision notes DHS decided to terminate the Disinformation Governance Board on August 24, 2022. Ex. 1 at 5. This occurred over a month after the filing of this lawsuit.

**AFPF's May 2022 FOIA Request**

12. By letter, dated May 5, 2022, AFPF submitted a FOIA request to DHS seeking access to three categories of records:

1. All records regarding the formation of the [Disinformation Governance] Board including but not limited to its:
   a. Charter
   b. Principles
   c. Mission and goals
   d. Membership or staffing
   e. Funding sources
   f. Scope of authority
   g. Statutory authority for formation
   h. Participation of members of . . . [HSAC]

2. All internal and external e-mail communications sent to or by the following DHS employees, including through any alias accounts, regarding the Board or its activities:

a. Secretary Alejandro Mayorkas
b. Any member of the Board, including but not limited to:
  i. Board Executive Director Nina Jankowicz
  ii. Undersecretary for Strategy, Policy, and Plans Rob Silvers
  iii. Principal Deputy General Counsel Jennifer Gaskill
c. Any person assigned to or doing work for the Board
d. Officer for Civil Rights and Civil Liberties Katherine Culliton-Gonzalez
e. Acting Under Secretary for Intelligence and Analysis Melissa Smislova
f. Chief of Staff Kristie Canegallo
g. Executive Secretary Kimberly O'Connor

3. All records reflecting violations of fundamental rights or raising the need to establish the Board to protect against alleged threats to or violations of fundamental rights, as referenced by Secretary Mayorkas in a hearing before the Senate Appropriations Subcommittee on Homeland Security on May 4, 2022[.]

Footnotes have been omitted from the foregoing quoted excerpt. A true and correct copy of AFPF's FOIA request is attached hereto as **Exhibit 4**.

13. DHS received AFPF's FOIA request on May 5, 2022. Compl. Exs. 2 & 3.

14. AFPF requested a public interest fee waiver and classification as a representative of the news media for fee purposes. Ex. 4 at 2–3.

15. AFPF filed this lawsuit on July 12, 2022, after DHS failed to meet its statutorily prescribed deadlines for issuing a determination on AFPF's FOIA request. *See generally* Compl.

16. DHS filed its Answer on September 12, 2022. *See generally* Answer, ECF No. 10.

**<u>DHS's Processing of AFPF's FOIA Request</u>**

17. Following the filing of the Answer, the parties negotiated a narrowed search for all items of AFPF's request. As reported to the Court, DHS completed its searches on September 27, 2022 and identified "3,349 pages of responsive records." J. Status Rep., ECF No. 11.

18. DHS made its first interim release on December 9, 2022. *See* J. Status Rep., ECF No. 13.

19. DHS completed its processing and initial production of all responsive records on October 9, 2024. *See* J. Status Rep., ECF No. 28.

20. On February 3, 2025, AFPF advised DHS of "what legal issues" it believed "remain outstanding, including the treatment of . . . particular, responsive records." J. Status Rep., ECF No. 30. DHS thereafter reviewed those issues, and associated records, and made a series of supplemental productions through June 12, 2026. *See* Def.'s Consent Mot., ECF No. 36.

21. Up to the filing of DHS's motion for summary judgment on August 13, 2026, the parties continued to negotiate and attempt to narrow the outstanding legal issues.

**The Records at Issue**

22. There are twenty (20) records that remain at issue in this lawsuit and are the subject of the parties' cross-motions for summary judgment. Set forth below is a chart identifying these records and their revised Bates numbering. The chart also cross-references the relevant row in DHS's *Vaughn* index that provides the agency's asserted description of each record, as well as the exhibit number for each record, as attached to my declaration.

| **Record No.** | **Revised Bates Numbering** | ***Vaughn* Index Row** | **Mulvey Decl. Ex.** |
|---|---|---|---|
| 1 | DHS-001-002015-000708–713 | 3 | 5 |
| 2 | DHS-001-002015-000714–721 | 4 | 6 |
| 3 | DHS-001-002015-000722–726 | 5 | 7 |
| 4 | DHS-001-002015-000682–707 | 6 | 8 |
| 5 | DHS-001-002015-000812–827 | 7 | 9 |
| 6 | DHS-001-002015-000832–833 | 8 | 10 |
| 7 | DHS-001-002015-000834–837 | 9 | 11 |
| 8 | DHS-001-002015-000843 | 10 | 12 |
| 9 | DHS-001-002015-000854–856 | 11 | 13 |
| 10 | DHS-001-002015-001268–1270 (DHS-001-01657-005434–5436) | 12 | 14 |

| | | | |
|---|---|---|---|
| 11 | DHS-001-002015-000558–565 | 13 | 15 |
| 12 | DHS-001-002015-000566–581 | 14 | 16 |
| 13 | DHS-001-002015-000618–619 | 15 | 17 |
| 14 | DHS-001-002015-000620 | 16 | 18 |
| 15 | DHS-001-002015-000637–639 | 17 | 19 |
| 16 | DHS-001-002015-000645–647 | 18 | 20 |
| 17 | DHS-001-002015-000648–651 | 19 | 21 |
| 18 | DHS-001-002015-000877–887 (DHS-001-02015-000705–715) | 20 | 22 |
| 19 | DHS-001-002015-000917–924) (DHS-001-02015-000780–787) | 21 | 23 |
| 20 | DHS-001-002015-000925–929 (DHS-001-02015-000810–814) | 22 | 24 |

23. True and correct copies of the foregoing records, as most recently produced to AFPF by DHS during this litigation, are attached hereto as **Exhibits 5–24**.

**Other Issues**

24. By e-mail, dated March 12, 2026, I advised counsel for DHS that AFPF does not challenge the adequacy of the agency's search for responsive records.

25. By e-mail, dated August 11, 2026, I advised counsel for DHS that AFPF would accept the government's proposal and drop AFPF's challenges to Records 12 (DHS-001-002015-000566–581) and 13 (DHS-001-002015-000618–619) in exchange for DHS re-processing those records as agreed upon by the parties.

a. With Record 12 (DHS-001-002015-000566–581), DHS agreed to "release the company names associated with the listed validators" and "release the names of public figures." AFPF agreed that, in this instance, DHS could continue to withhold the names of "individuals who are not public figures."

b. With Record 13 (DHS-001-002015-000618–619), DHS agreed to "release the domain names and institutional affiliations" of individuals implicated in the record. AFPF agreed that, in this instance, DHS could continue to withhold the "names" of those same individuals.

26. DHS has yet to provide AFPF with a re-processed version of Record 12. Upon inquiring with opposing counsel, I was informed that DHS "anticipat[es] processing th[at] record[] for release on or about Sept 30." DHS produced the re-processed version of Record 13 earlier than expected and provided it to AFPF by e-mail on September 11, 2026.

27. DHS produced a copy of a signed secretarial action memorandum, entitled "Disinformation Governance Board Charter" and dated "January 31, 2022," as part of its processing of records in this litigation. A true and correct copy of that memorandum, as received by AFPF, is attached hereto as **Exhibit 25**.

28. With respect to Record 8 (DHS-001-002015-000843), AFPF does not challenge DHS's use of Exemption 6 to withhold the official agency e-mail address of Nina Jankowicz.

29. With respect to Record 14 (DHS-001-002015-000620), AFPF does not challenge DHS's reliance on the consultant-corollary doctrine to satisfy Exemption 5's threshold "inter-" or "intra-agency" requirement.

30. With respect to Record 20 (DHS-001-002015-000925–929), AFPF does not challenge DHS's use of Exemption 6 to withhold the work phone numbers and official e-mail addresses of agency employees.

31. With respect to information concerning federal government employees, including their names, titles, and offices, such information is often very helpful in advancing AFPF's investigative mission and, ultimately, its goal of informing the public about the operations of the

government. For example, insofar as federal legislative staff is interacting with DHS decisionmakers, details about the substance of that interaction, including the names of staff members and the identity of the personal offices or committees with which they are affiliated, can be essential for understanding how stakeholders from other parts of the federal government are engaging with the agency on matters of public policy. Those interactions, moreover, can be newsworthy. Again, information about individual government employees can be quite informative and advance public understanding, especially on especially controversial topics like the activities of the Disinformation Governance Board. DHS's chartering (and eventual dismantling) of the Board sparked great congressional interest and continues to be a topic of public concern. Finally, this kind of information can serve as the basis for further investigative work—and subsequent FOIA requests—and therefore has a cumulative impact on public insight into agency conduct.

* * *

I declare under penalty of perjury that the foregoing is true and correct.

Ryan P. Mulvey

Ryan P. Mulvey

Executed this 14th day of September, 2026.

# Exhibit 1

U.S. GOVERNMENT ACCOUNTABILITY OFFICE
441 G St. N.W.
Washington, DC 20548

# Decision

**Matter of:** Department of Homeland Security—Application of an Appropriations Act Prohibition and the Antideficiency Act to the Disinformation Governance Board

**File:** B-334308

**Date:** May 14, 2026

## DIGEST

Section 513 of Division F of the Consolidated Appropriations Act, 2022 (section 513) prohibits the Department of Homeland Security (DHS) from using funds "to carry out section 872 of the Homeland Security Act of 2002 (6 U.S.C. [§] 452) unless explicitly authorized by the Congress." Section 872 of the Homeland Security Act of 2002 addresses the Secretary's authority to "allocate or reallocate functions among the officers of [DHS]" and "establish, consolidate, alter, or discontinue organizational units within [DHS]." The Disinformation Governance Board (Board) was created by a charter, which became effective upon signature of the DHS Secretary. DHS did not have statutory authority to create the Disinformation Governance Board. DHS obligated and expended funds to allocate or reallocate functions among DHS officers at the point that the Secretary signed the Charter. Therefore, DHS violated section 513 and the Antideficiency Act.

## DECISION

This responds to a request for a decision as to whether the Department of Homeland Security (DHS) violated section 513 of Division F of the Consolidated Appropriations Act, 2022 (section 513) and therefore, the Antideficiency Act when it created the Disinformation Governance Board (Board).[1] For the reasons discussed below, we conclude that DHS violated section 513, and thus, the Antideficiency Act when it obligated and expended funds in Fiscal Year 2022 to charter the Board.

[1] Letter from Senator Hagerty to Comptroller General (May 5, 2022).

Our practice when rendering decisions is to contact the relevant agencies to obtain their legal views on the subject of the request.[2] Accordingly, we reached out to DHS to obtain the agency's legal views.[3] We received DHS's response on August 26, 2022.[4]

BACKGROUND

On February 24, 2022, the DHS Secretary signed a charter for the Disinformation Governance Board (Board).[5] The Charter was developed based on guidance from the DHS Secretary to Headquarters and Component leadership, which were directed "to pursue a governance board model to coordinate efforts to counter mis-, dis-, and mal-information (MDM) across the Department."[6] The directions were that "operational efforts to counter MDM should largely be carried out by Components, which would be responsible for their respective mission areas subject to the oversight of the governance board."[7]

Under the Charter, the Board would be co-chaired by representatives of the Office for Strategy, Policy, and Plans (OSPP) and the Office of General Counsel (OGC).[8] There would be standing Board members from many DHS components.[9] The Board co-chairs would designate a DHS senior official to serve as Executive Director for

---

[2] GAO, *GAO's Protocols for Legal Decisions and Opinions*, GAO-24-107329 (Washington, D.C.: Feb. 2024), *available at* https://www.gao.gov/products/gao-24-107329.

[3] Letter from Assistant General Counsel, GAO, to General Counsel, DHS (July 15, 2022).

[4] Letter from Assistant General Counsel, DHS, to Assistant General Counsel, GAO (Aug. 26, 2022) (Response Letter).

[5] *See* DHS, DHS Disinformation Governance Board Charter (Feb. 24, 2022) (Charter).

[6] Memorandum for DHS Secretary from the Under Secretary for the Office for Strategy, Policy, and Plans and the Acting Principal Deputy General Counsel (Jan. 31, 2022).

[7] *Id*.

[8] *See* Charter, at 1.

[9] *Id*.

the Board.[10] The Executive Director would be detailed or assigned to OSPP.[11] According to the Charter, the Board would "guide and support the Department's efforts to address [MDM]."[12] Department components would "lead on operational responses to MDM in their relevant mission spaces" while the Board would "ensure DHS efforts are coordinated, deconflicted, and harmonized, both within DHS and across the interagency, to ensure efficiency, unity of effort, and promotion of applicable compliance and best practices."[13]

The Charter included a section outlining Board responsibilities.[14] Among other things, the Board would be "responsible for developing MDM-related guidance, best practices, and recommendations regarding . . . procurement guidelines for contracting or funding third parties to support the Department's MDM efforts; grant funding and cooperative agreements; [and] development and implementation of new technological and data management tools . . ."[15] The Board would also "coordinate, deconflict, and harmonize departmental efforts to address MDM including by . . . serving as the Department's internal and external point of contact for coordination with state, local, tribal, and territorial partners, the private sector, and non-governmental actors regarding MDM" and "as the Department's internal and external point of contact for receiving, coordinating, responding to, and interacting with interagency partners, including the Executive Office of the President, for policy matters generally related to mis-, dis-, and mal-information, but not related to the performance of intelligence activities."[16]

The Charter also established processes and procedures for "Board decisions" and included the responsibility for Board members and Steering Group members to "ensure that their respective Components implement, execute, and follow Board decisions."[17] As described in the processes and procedures section, matters would generally be resolved by consensus, but if there was a disagreement, "the Board

---

[10] *Id.*, at 2.

[11] *Id.*

[12] *Id.*, at 1.

[13] *Id.*

[14] Charter, at 2–3.

[15] *Id.*, at 2.

[16] *Id.*, at 2–3.

[17] Charter, at 3–4.

[would] resolve the matter before it by majority vote."[18] If there was not consensus, a Board member could elevate "an issue to the Secretary or Deputy Secretary where they believe that a decision made by the Board implicates their statutory or other assigned authorities."[19]

Effective March 2, 2022, DHS appointed an Executive Director for the Board.[20] The Executive Director position was placed in OSPP.[21] On April 27, 2022, the DHS Secretary announced during a hearing of the House of Representatives Appropriations Committee that DHS had created the Board.[22] However, on May 18, 2022, DHS announced that the Board would not convene and its work would be paused while the Homeland Security Advisory Council (HSAC) led a review and assessment of DHS's disinformation work.[23] On this same date, the Executive Director of the Board resigned.[24]

On May 26, 2022, DHS published a notice indicating that the DHS Secretary directed HSAC to establish a subcommittee entitled *Assessment of Disinformation*

---

[18] *Id*., at 4.

[19] *Id*.

[20] *See* Notification of Personnel Action (Mar. 2, 2022).

[21] *Id*.

[22] *Fiscal Year 2023 Budget Request for the Department of Homeland Security*; *Hearing Before the Subcommittee on Homeland Security of the House Committee on Appropriations*, 117th Cong. (2022) (testimony of Secretary Alejandro Mayorkas) (available at 1:41:23 of video at https://democrats-appropriations.house.gov/events/hearings/fiscal-year-2023-budget-request-for-the-department-of-homeland-security (last visited Jan. 26, 2026)).

[23] *See* @DHSgov, X (May 18, 2022), *available at* https://x.com/DHSgov/status/1526988380155924481?mx=2 (last visited Jan. 26, 2026). *See also* Letter from Secretary Alejandro N. Mayorkas to William J. Bratton and Jamie Gorelick, HSAC (May 18, 2022), *available at* https://www.dhs.gov/sites/default/files/2022-06/FINAL%20S1%20APPROVED%20HSAC%20TASKING%205-18.pdf (last visited Jan. 26, 2026); Notice, *Homeland Security Advisory Council New Projects*, 87 Fed. Reg. 32047 (May 26, 2022).

[24] *See* Notification of Personnel Action (May 18, 2022).

*Best Practices and Safeguards*.[25] The HSAC subcommittee and, subsequently, HSAC recommended that DHS terminate the Board.[26]

On August 24, 2022, consistent with HSAC's recommendation, the DHS Secretary terminated the Board and rescinded the Charter.[27] In its Response Letter, DHS indicated that the Board never met prior to its termination.[28]

In fiscal year (FY) 2022, when DHS chartered the Board, section 513 prohibited DHS from using funds "to carry out section 872 of the Homeland Security Act of 2002 (6 U.S.C. [§] 452) unless explicitly authorized by the Congress."[29]

DISCUSSION

At issue here is whether DHS violated section 513, and thus the Antideficiency Act, when it obligated and expended funds to create the Board. We consider two distinct actions taken by DHS: (1) the developing and signing of the Charter and (2) the hiring of the Executive Director. For the reasons described below, we conclude that, when the DHS Secretary signed the Charter, DHS obligated and expended funds to allocate or reallocate functions among the DHS officers. [30] Therefore, DHS violated section 513 and the Antideficiency Act. However, as explained below, the hiring of the Executive Director did not implicate section 513.[31]

---

[25] 87 Fed. Reg. 32047.

[26] *Homeland Security Advisory Council Disinformation Subcommittee Final Report*, *available at* https://www.dhs.gov/publication/homeland-security-advisory-council-disinformation-subcommittee-final-report (last visited Jan. 26, 2026).

[27] *Following HSAC Recommendation, DHS Terminates Disinformation Governance Board*, *available at* https://www.dhs.gov/news/2022/08/24/following-hsac-recommendation-dhs-terminates-disinformation-governance-board#:~:text=%E2%80%9CIn%20accordance%20with%20the%20HSAC's,today%2C%20August%2024%2C%202022 (last visited Jan. 26, 2026).

[28] Response Letter, at 1.

[29] Consolidated Appropriations Act, 2022, Pub. L. No. 117-103, div. F, title V, § 513(a), 136 Stat. 49, 337 (Mar. 15, 2022).

[30] Because we have determined that the signing of the Charter constituted an allocation or reallocation of functions, we did not determine whether this action established an "organizational unit."

[31] GAO is aware of ongoing litigation in *Robert F. Kennedy Human Rights et al. v. Department of Homeland Security et al.*, No. 1:25-cv-01270 (D.D.C.), where plaintiffs

(continued...)

Section 513 provides, in pertinent part, that no funds are available "to carry out section 872 of the Homeland Security Act of 2002 (6 U.S.C. [§] 452) unless explicitly authorized by the Congress."[32] Section 872 of the Homeland Security Act of 2002 would ordinarily permit the Secretary to "allocate or reallocate functions among the officers of [DHS]" and "establish, consolidate, alter, or discontinue organizational units within [DHS]" after providing notice to the appropriate congressional committees.[33]

Based on section 513, in FY 2022, DHS was prohibited from obligating or expending any funds to allocate or reallocate functions among DHS officers or to establish, consolidate, alter, or discontinue organizational units within DHS, unless explicitly authorized by Congress. In order to determine whether DHS violated this prohibition, we must examine the language of the prohibition and each of the actions for which DHS obligated or expended funds, including developing and signing into effect the Charter and appointing an Executive Director for the Board.

In general, when interpreting a statute, we begin by looking at the text, giving ordinary meaning to terms that are not specifically defined.[34] "Where Congress has not specifically defined a statutory term, the plain meaning of a term can be resolved by consulting a dictionary."[35]

The term "functions" is defined in the Homeland Security Act of 2002. It includes "authorities, powers, rights, privileges, immunities, programs, projects, activities, duties and responsibilities."[36] However, the term "allocate" is not specifically defined

---

have argued that DHS exceeded its authority under 6 U.S.C. § 452 when eliminating other DHS offices and reorganizing functions. Plaintiff's Motion for a Preliminary Injunction, *Robert F. Kennedy Human Rights et al. v. Department of Homeland Security et al.*, No. 1:25-cv-01270 (D.D.C., May 8, 2025); Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment, *Robert F. Kennedy Human Rights et al. v. Department of Homeland Security et al.*, No. 1:25-cv-01270 (D.D.C., Jan. 17, 2026). If the court decides in a manner that impacts the analysis in this decision, we will update this decision as necessary.

[32] Consolidated Appropriations Act, 2022, Pub. L. No. 117-103, div. F, title V, § 513(a), 136 Stat. 49, 337 (Mar. 15, 2022).

[33] 6 U.S.C. § 452(a).

[34] *See* B-331312, Mar. 8, 2021 (citing *Sebelius v. Cloer*, 569 U.S. 369, 376 (2013); *BP America Production Co. v. Burton*, 549 U.S. 84, 91 (2006)).

[35] B-331312, Mar. 8, 2021 (citations omitted).

[36] 6 U.S.C. § 101(9).

by the statute. The Oxford English Dictionary defines the term "allocate" as "[t]o set aside or designate as being the special share or responsibility of a particular person, department, etc. . . ."[37] "Reallocate" is defined as "[t]o allocate or assign again."[38]

The Charter

We turn first to whether DHS violated section 513 by developing and signing into effect the Charter. In its Response Letter, DHS points out that the Board never convened.[39] Therefore, we must determine (1) whether the Charter would have resulted in an allocation or reallocation of functions to the Board and (2) whether there was an allocation or reallocation of responsibilities even though the Board did not convene and perform its responsibilities in accordance with the Charter.

DHS asserts, "As designed, the Board provided a mechanism for all its component members to perform their already statutorily assigned functions in a coordinated way. As a co-chair, the Board provides a mechanism for [OSPP] to carry out its statutory policy development and coordination functions regarding MDM. The Board's other co-chair—[OGC]—is statutorily assigned the function of providing legal advice and support to the Department's offices and components."[40]

However, as described in the Charter, the Board as a whole would be assigned "responsibilities" such as developing guidance and recommendations and coordinating, deconflicting, and harmonizing DHS efforts to address MDM, and Board decisions would generally be made by consensus.[41] Although the Board functions could have been performed by independent members of the Board acting in the capacity of their existing positions within their respective components, moving the functions to the Board as a whole would result in the reallocation of the function.

For example, as part of its statutory functions, OSPP must "lead, conduct, and coordinate Department-wide policy development and implementation and strategic planning" and "develop and coordinate policies to promote and ensure quality, consistency, and integration for the programs, components, offices, and activities

---

[37] Oxford English Dictionary Online, *Allocate*, *available at* https://www.oed.com/dictionary/allocate_v?tab=meaning_and_use#6654649 [https://doi.org/10.1093/OED/8886639811] (last visited Jan. 26, 2026).

[38] Oxford English Dictionary Online, *Reallocate*, *available at* https://www.oed.com/dictionary/reallocate_v?tab=meaning_and_use#26854422 [https://doi.org/10.1093/OED/4431838838] (last visited Jan. 26, 2026).

[39] Response Letter, at 1.

[40] Charter, at 3–4.

[41] Charter, at 3–4.

across the Department."[42] Many of the Board's responsibilities fall within the statutory functions of OSPP. However, the Board is not wholly within OSPP. It is co-chaired by OGC, and Board members are from DHS components. To the extent the Board would have been responsible for coordinating DHS MDM efforts, this would have reallocated OSPP functions.

Under 6 U.S.C. § 349(e), a component must coordinate with OSPP when establishing or modifying policies.[43] Conversely, the Board's charter describes a process where the Board would review MDM governance policies and practices across the Department and, based in part on this review, would be responsible for developing MDM-related guidance, best practices, and recommendations.[44] Here again, the Board assumes OSPP's statutory responsibility of coordinating policies with each component.

Additionally, under the Charter, issues before the Board are generally resolved by consensus, and Board members are expected to "ensure that their respective Components implement, execute, and follow Board decisions."[45] Even though DHS asserts that the Board simply provides "a mechanism for all its component members to perform their already statutorily assigned functions in a coordinated way,"[46] the Charter's requirement that components implement consensus decisions means that a Board member from one component could impact the policies of other components, instead of just their own component.

We acknowledge that the Charter's processes and procedures provided a mechanism for Board members to protect their statutory functions in the event that there was no consensus on a particular matter.[47] However, this is only in the absence of consensus and would require elevation of the issue to the Secretary or Deputy Secretary. This would not be enough to prevent an allocation or reallocation

---

[42] 6 U.S.C. § 349(c).

[43] 6 U.S.C. § 349(e) ("To ensure consistency with the policy priorities of the Department, the head of each component of the Department shall coordinate with [OSPP] in establishing or modifying policies or strategic planning guidance with respect to each such component.").

[44] Charter, at 2.

[45] Charter, at 3–4.

[46] Response Letter, at 8.

[47] Charter, at 4 (permitting a Board member, when there is not consensus, to elevate an issue to the Secretary or Deputy Secretary where the member believes that a decision made by the Board implicates their statutory or other assigned authorities).

of functions as described above. Accordingly, we conclude that the Charter would have resulted in an allocation or reallocation of functions to the Board.

Because the Board never convened, we must next determine at which point, if any, during the development and execution of the Charter that an allocation or reallocation of functions would or did occur. In prior caselaw, we have looked at the definitions of the actions that are prohibited to determine whether the agency has taken such prohibited actions.

For example, in B-331312, we examined whether the Mayor and D.C. Council had obligated and expended funds in violation of a prohibition applicable to its FY 2019 appropriation.[48] Based on the prohibition, they could not “enact or carry out” any law to legalize or otherwise reduce penalties for certain controlled substances offenses.[49] In FY 2019, they took actions to draft, introduce, and refer a bill to “create a comprehensive regulatory scheme for the cultivation, manufacture, distribution, and sale of marijuana.”[50] To determine whether they violated the prohibition, we looked at the ordinary meaning of the term “enact,” and concluded that “enact” means to take actions to give legal effect to a measure.[51] The term did not include other actions that preceded enactment such as to draft, consider, or hold hearings.[52]

As we did in B-331312, we must look closely at the definitions and the actions taken. “Allocate” is defined as “[t]o set aside or designate as being the special share or responsibility of a particular person, department, etc. . . .”[53] As indicated in the Charter, it went into effect when signed by the Secretary. It was at that point that the responsibilities outlined in the Charter were set aside or designated as being the responsibility of the Board. Thus, we conclude that, at the point that the Secretary signed the Charter, the functions were allocated or reallocated. On the other hand, the task of drafting the Charter and other actions leading up to its signing, like the preparatory or preceding actions taken by the Mayor and D.C. Council in B-331312, did not allocate or reallocate functions among DHS officers.

---

[48] B-331312, Mar. 8, 2021.

[49] *Id.*

[50] *Id*.

[51] *Id*.

[52] *Id*.

[53] Oxford English Dictionary Online, *Allocate*, *available at* https://www.oed.com/dictionary/allocate_v?tab=meaning_and_use#6654649 [https://doi.org/10.1093/OED/8886639811] (last visited Jan. 28, 2026).

<u>The Executive Director</u>

Hiring an Executive Director for the Board did not allocate or reallocate functions among the officers of DHS, nor did it establish, consolidate, alter, or discontinue any organizational units. The role of Executive Director of the Board was created in OSPP, which has a statutory basis and is responsible for coordinating with components. Under "functions," section 349(c) of title 6, United States Code, provides that the Under Secretary for Strategy, Policy, and Plans shall "lead, conduct, and coordinate Department-wide policy development and implementation and strategic planning" and "develop and coordinate policies to promote and ensure quality, consistency, and integration for the programs, components, offices, and activities across the Department."[54] OSSP's creation of the Executive Director role is consistent with this statutory authority. Although signing of the Charter allocated or reallocated responsibilities to the Board as a whole, the Executive Director was not listed as a member of the Board. Instead, the Executive Director's responsibilities, as described in the Charter, were activities that could be characterized as coordinating departmentwide policy development and implementation, activities which on their face could fall within the statutory functions of OSPP.[55] Therefore, the hiring of the Executive Director did not result in the allocation or reallocation of functions among the officers of DHS.

<u>The Antideficiency Act</u>

The Antideficiency Act prohibits an officer or employee of the United States from making or authorizing an obligation or expenditure in excess of the amount appropriated for the obligation or expenditure.[56] If Congress specifically prohibits the use of appropriated funds for a particular purpose, any obligation or expenditure for that purpose is in excess of the amount available and violates the Antideficiency Act.[57]

Although the Board did not meet and no further funds were expended, DHS obligated and expended funds to allocate or reallocate functions among DHS officers at the point that the Secretary signed the Charter without the required statutory authority. In the context of other violations of other appropriations provisions, we have found Antideficiency Act violations even where the violation

[54] 6 U.S.C. § 349(c).

[55] *See* Charter, at 4.

[56] 31 U.S.C. § 1341(a)(1)(A).

[57] B-321982, Oct. 11, 2011.

involves a minimal expenditure of appropriated funds.[58] The prohibition in section 513 does not include an exception for a *de minimis* violation. Accordingly, DHS violated the Antideficiency Act by signing the Charter because it allocated or reallocated functions among DHS officers without the required statutory authority.

CONCLUSION

DHS obligated and expended funds to allocate or reallocate functions among DHS officers at the point that the Secretary signed the Charter. Therefore, DHS violated section 513 and the Antideficiency Act. DHS should determine the cost associated with the prohibited conduct and report the violation as required by the Antideficiency Act.[59]

Edda Emmanuelli Perez

Edda Emmanuelli Perez
General Counsel

[58] *See* B-329368, Dec. 13, 2017; B-285298, May 22, 2000.

[59] *See* 31 U.S.C. § 1351.

# Exhibit 2

## DHS Disinformation Governance Board Charter

### Section 1. Purpose

The DHS Disinformation Governance Board ("Board") will guide and support the Department's efforts to address mis-, dis-, and mal-information that threatens homeland security ("MDM"). Whereas Department Components will lead on operational responses to MDM in their relevant mission spaces, the Board will ensure DHS efforts are coordinated, deconflicted, and harmonized, both within DHS and across the interagency, to ensure efficiency, unity of effort, and promotion of applicable compliance and best practices.

The Board will focus on the following four cross-functional lines of effort to counter MDM, many of which are already underway ("lines of effort"): (1) identifying MDM ("Identification"); (2) assessing and analyzing the risk that such MDM poses to homeland security ("Risk Assessment"); (3) responding to these MDM threats ("Response"); and (4) building resilience to MDM ("Building Resilience").

With respect to each of these lines of effort, the Board will develop and support the implementation of governance policies and protocols that, among other issues, protect privacy, civil rights, and civil liberties; harmonize and support coordination with other departments and agencies, the private sector, and non-governmental organizations; and support research and development efforts to assess and combat MDM.

### Section 2. Members

The Board will be co-chaired by representatives of the Office for Strategy, Policy, and Plans (PLCY) and the Office of the General Counsel (OGC). Standing Board members will be representatives of the following DHS Components: the Management Directorate (MGMT); Office of Intelligence and Analysis (I&A); Science and Technology Directorate (S&T); Privacy Office (PRIV); Office for Civil Rights and Civil Liberties (CRCL); Office of Public Affairs (OPA); Cybersecurity and Infrastructure Security Agency (CISA); Federal Emergency Management Agency (FEMA); and U.S. Customs and Border Protection (CBP). Representatives shall be the Principal or Deputy for their respective Component. Other Components may be invited to either join the Board or participate on an ad hoc basis, as appropriate and needed.

### Section 3. Structure

The Board will be supported by a Steering Group, which will consist of a representative from each Component participating in the Board. Each representative will be selected by their respective Board member.

The Board co-chairs will designate a DHS senior official to serve as the Executive Director for the Board and Chair of the Steering Group. The Executive Director will be detailed or assigned to PLCY, where they will be supported by an Executive Secretariat for the Board comprising staff detailed or assigned to PLCY. The Executive Director will attend and may participate in all Board meetings.

**Section 4. Board Responsibilities**

Components will lead on MDM-related operational responses and other efforts to counter MDM in their relevant mission spaces. The Board will serve as the central forum in the Department to ensure consistent governance and coordination of such efforts, and adherence to applicable constitutional, statutory, and regulatory authorities and obligations.

The Board's initial responsibilities will include a review of existing MDM governance policies and practices across the Department, including:

- policies, procedures, practices, plans, and standards to ensure compliance with applicable constitutional, statutory, and regulatory obligations;
- policies, procedures, practices, plans, and standards to ensure appropriate privacy and civil rights and civil liberties protections;
- policies, procedures, practices, plans, and standards for interactions with the private, non-profit, and academic sectors; and,
- relevant procurement policies and practices.

Based, in part, on the findings from its initial review, the Board will be responsible for developing MDM-related guidance, best practices, and recommendations regarding:

- compliance with applicable constitutional, statutory, and regulatory obligations;
- standards for and implementation of appropriate privacy, civil rights, and civil liberties protections;
- procurement guidelines for contracting or funding third parties to support the Department's MDM efforts;
- grant funding and cooperative agreements;
- development and implementation of new technological and data management tools; and,
- any other applicable guidance, best practices, and recommendations to guide the aforementioned four lines of effort.

The Board also will coordinate, deconflict, and harmonize departmental efforts to address MDM, including by:

- receiving regular and routine updates from DHS Components, the Intelligence Community, and other interagency partners on MDM;
- harmonizing and deconflicting activities by DHS Components regarding the lines of effort;
- harmonizing, deconflicting, and coordinating, in conjunction with relevant Components, the Department's external engagement regarding MDM;

- serving as the Department's internal and external point of contact for coordination with state, local, tribal, and territorial partners, the private sector, and non-governmental actors regarding MDM; and,
- serving as the Department's internal and external point of contact for receiving, coordinating, responding to, and interacting with interagency partners, including the Executive Office of the President, for policy matters generally related to mis-, dis-, and mal-information, but not related to the performance of intelligence activities.

**Section 5. Roles and Responsibilities of Board Members**

The co-chairs of the Board will:

- convene the Board as needed;
- approve the agenda for Board meetings;
- preside over Board meetings;
- approve summaries of conclusions reached during the Board meetings;
- communicate Board decisions and activities to the Secretary and other DHS leadership, as appropriate;
- represent the Board to external audiences; and,
- take all other actions necessary and proper for the execution of the Board's responsibilities.
-

The Board Members will:

- represent the perspectives of their respective Components at Board meetings;
- review any proposals submitted to the Board; and,
- ensure that their respective Components implement, execute, and follow Board decisions.

The Executive Director will:

- propose agenda items and discussion topics for the Board following Steering Group review;
- communicate the positions taken at the Steering Group concerning proposals before the Board;
- propose summaries of conclusion for each Board and Steering Group meeting;
- implement and execute Board decisions through the Steering Group;
- supervise the activities of the Executive Secretariat; and,
- represent the Steering Group and, where appropriate and in coordination with the co-chairs, the Department to external audiences on MDM-related matters.

The Steering Group Members will:

- represent the perspectives of their respective Components at Steering Group meetings;
- review and discuss any proposals to be submitted to the Board;
- communicate their considerations of Board proposals to their respective Board Members, the Executive Director, and other members of the Steering Group;

- review and approve summaries of conclusions of Steering Group meetings; and,
- subject to the direction and guidance of their respective Board Members, help ensure that their respective Components implement, execute, and follow Board decisions.

**Section 6. Processes & Procedures**

The Board will meet regularly at the discretion of the co-chairs and no less than once per quarter for the first two years of the Board's existence. The Steering Group will meet at the discretion of the Board or Executive Director. Issues raised and proposals submitted to the Board will be resolved by consensus to the greatest extent possible. Where there is a disagreement amongst the Board members, the Board will resolve the matter before it by majority vote. In the absence of consensus, any Board member may elevate, in the form of a written memorandum, an issue to the Secretary or Deputy Secretary where they believe that a decision made by the Board implicates their statutory or other assigned authorities.

The Steering Group is not a voting body. Instead, its members will discuss all issues brought before it and make their recommendations to the Board. Steering Group members will support the development of consensus recommendations to the Board to the greatest extent possible.

**Section 7. Relationship to Other Departmental Governance Bodies**

The Board will serve as the departmental forum for governance of DHS policies, plans, procedures, standards, and activities pertaining to MDM that threatens homeland security. As such, all DHS-wide or Component-specific proposals for funding related to efforts to counter MDM should be appropriately coordinated with the Board, including in advance of submitting any final funding proposals. Matters raised before the Board may implicate other departmental governance fora already in existence. Where that occurs, the Board will coordinate its activities with those respective fora through the Executive Director.

**Section 8. Effective Date**

This charter will go into effect when signed by the Secretary of Homeland Security.

**Section 9. Signature**

Alejandro N. Mayorkas (signature)

Alejandro N. Mayorkas
Secretary
U.S. Department of Homeland Security

Feb. 24, 2022
Date

# Exhibit 3

U.S. Department of Homeland Security

# Following HSAC Recommendation, DHS terminates Disinformation Governance Board

## Archived Content

In an effort to keep DHS.gov current, the archive contains outdated information that may not reflect current policy or programs.

**Release Date:** August 24, 2022

*Statement from the Department of Homeland Security following the recommendation from the Homeland Security Advisory Council regarding the Disinformation Governance Board:*

“The Department welcomes the recommendations of the Homeland Security Advisory Council, which has concluded that countering disinformation that threatens the homeland, and providing the public with accurate information in response, is critical to fulfilling the Department’s missions. We thank the Subcommittee for its work, which required extensive fact gathering and analysis over a short period of time.

“In accordance with the HSAC’s prior recommendation, Secretary of Homeland Security Alejandro N. Mayorkas has terminated the Disinformation Governance Board and rescinded its charter effective today, August 24, 2022.

“With the HSAC recommendations as a guide, the Department will continue to address threat streams that undermine the security of our country consistent with the law, while upholding the privacy, civil rights, and civil liberties of the American people and promoting transparency in our work.”

###

**Keywords**

HOMELAND SECURITY ADVISORY COUNCIL (HSAC) (/KEYWORDS/HOMELAND-SECURITY-ADVISORY-COUNCIL-HSAC)

# Exhibit 4

AMERICANS FOR PROSPERITY FOUNDATION

May 5, 2022

**VIA ONLINE PORTAL**

Freedom of Information Act Request
Department of Homeland Security
Office of the Executive Secretary
2707 Martin Luther King Jr Ave SE
Washington, DC 20528-0525

**Re: Freedom of Information Act Request**

Dear FOIA Officer:

I write on behalf of Americans for Prosperity Foundation ("AFPF"), a 501(c)(3) nonpartisan organization dedicated to educating and training Americans to be courageous advocates for the ideas, principles, and policies of a free and open society.[1] AFPF is seeking records regarding the Department of Homeland Security's ("DHS") formation of a Disinformation Governance Board ("Board").[2] DHS has not been transparent about the mission, staffing, and authority of the Board and, absent more detailed information, AFPF is concerned about potential harms to free speech.

Therefore, pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, AFPF hereby requests:

1. All records regarding the formation of the Board including but not limited to its:[3]
   a. Charter[4]
   b. Principles[5]
   c. Mission and goals
   d. Membership or staffing

[1] *See* AMS. FOR PROSPERITY FOUND., www.americansforprosperityfoundation.org (last visited March 9, 2022).

[2] Kelly Hooper, *Mayorkas cites misinformation about Homeland Security's disinformation board*, Politico (May 1, 2022), *available at* https://www.politico.com/news/2022/05/01/mayorkas-defends-dhs-disinformation-board-00029182.

[3] For purposes of this request, the term "record" means any medium of information storage in the form and format maintained by the agency at the time of the request. If any portion of a "record," so defined, is responsive to AFPF's request, then the agency should process and disclose the record in its entirety. If the agency considers a medium of information storage to contain multiple records that it believes can be segmented on the basis of the subject-matter or scope of AFPF's request, AFPF explicitly seeks access to those separate "records" as well. They should not be treated as "non-responsive."

[4] Secretary Mayorkas confirmed the Board does have a Charter on May 4, 2022 before the Senate Committee on Homeland Security and Governmental Affairs in response to a question from Senator Lankford. *See* https://www.hsgac.senate.gov/hearings/05/04/2022/resources-and-authorities-needed-to-protect-and-secure-the-homeland.

[5] *Id.* Secretary Mayorkas confirmed the Board principles were being drafted in the same hearing.

   e. Funding sources
   f. Scope of authority
   g. Statutory authority for formation
   h. Participation of members of the Homeland Security Advisory Council
2. All internal and external e-mail communications sent to or by the following DHS employees, including through any alias accounts, regarding the Board or its activities:
   a. Secretary Alejandro Mayorkas
   b. Any member of the Board, including but not limited to:
      i. Board Executive Director Nina Jankowicz
      ii. Undersecretary for Strategy, Policy, and Plans Rob Silvers
      iii. Principal Deputy General Counsel Jennifer Gaskill
   c. Any person assigned to or doing work for the Board
   d. Officer for Civil Rights and Civil Liberties Katherine Culliton-Gonzalez
   e. Acting Under Secretary for Intelligence and Analysis Melissa Smislova
   f. Chief of Staff Kristie Canegallo
   g. Executive Secretary Kimberly O'Connor
3. All records reflecting violations of fundamental rights or raising the need to establish the Board to protect against alleged threats to or violations of fundamental rights, as referenced by Secretary Mayorkas in a hearing before the Senate Appropriations Subcommittee on Homeland Security on May 4, 2022:[6]

For the purposes of this request, please omit daily news clippings or other mass mailings unless there is commentary related to them. For all items of this request, if the agency uncovers responsive email records, AFPF's request specifically seeks the entirety of any email chain, any portion of which contains an individual email message responsive to this request, *i.e.*, the entire email chain is responsive to this request. If the agency identifies responsive records it deems outside its legal control (*e.g.*, congressional records), AFPF requests the agency inform AFPF that such records exist.

**Request for a Public Interest Fee Waiver**

AFPF requests a waiver of any and all applicable fees. The FOIA and applicable regulations provide that the agency shall furnish requested records without or at reduced charge if "disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester."[7]

[6] In response to two questions from Senator Capito, Secretary Mayorkas said the Board was necessary for: "developing the guidelines and standards that should have been in place for many years that haven't been to ensure that this critical mission focused activity of stopping threats to the homeland that are created by disinformation intended to harm us is addressed in a way that does not infringe on fundamental rights…What we haven't had is sufficient standards and policies in place and harmonized efforts so that the efforts in different parts of the department are not in conflict with one another abide by fundamental rights and responsibilities." *See* https://youtu.be/pwytuTG80Gk?t=4971.

[7] 5 U.S.C. § 552(a)(4)(A)(iii); *see also Cause of Action v. Fed. Trade Comm'n*, 799 F.3d 1108, 1115–19 (D.C. Cir. 2015) (discussing proper application of public-interest fee waiver test).

In this case, the requested records unquestionably shed light on the "operations or activities of the government" as they relate to the formation and responsibilities of a newly created internal working group whose staffing, power, and responsibilities have not been adequately defined by DHS.

AFPF intends to educate the public with the results of this FOIA request. It has the intent and ability to make those results available to a reasonably broad public audience through various media. Its staff has significant experience and relevant expertise; AFPF professionals will analyze responsive records, if any, use their editorial skills to turn raw materials into a distinct work, and share the resulting analysis with the public. AFPF is a non-profit organization as defined under Section 501(c)(3) of the Internal Revenue Code, and it has no commercial interest in making this request.

**Request to Be Classified as a Representative of the News Media**

In addition to a public interest fee waiver, AFPF requests that it be classified as a "representative of the news media" for fee purposes.[8] As the D.C. Circuit has explained, the "representative of the news media" test is properly focused on the requestor, not the specific FOIA request at issue.[9] AFPF satisfies this test because it gathers information of potential interest to a segment of the public, uses its editorial skills to turn raw materials into a distinct work, and distributes that work to an audience. Although not required, AFPF gathers the news it publishes from a variety of sources. It does not merely make raw information available to the public, but distributes distinct work product, including press releases, blog posts, reports, and other informative materials.[10] These distinct works are distributed to the public through various online outlets, such as websites, Twitter, and Facebook. The statutory definition of a "representative of the news media" contemplates that organizations such as AFPF, which electronically disseminate information and publications via "alternative media[,] shall be considered to be news-media entities."[11]

**Record Production and Contact Information**

---

[8] 38 U.S.C. § 1.561(b)(7).

[9] *See Cause of Action*, 799 F.3d at 1121.

[10] *See, e.g.*, *More evidence the VA is improperly delaying or denying community care to eligible veterans*, AMS. FOR PROSPERITY FOUND. (Jan. 28, 2022), *available at* https://bit.ly/37mDnlX; *AFP Foundation gets CMS to release state-level Medicaid improper payment data after years of stonewalling*, AMS. FOR PROSPERITY FOUND. (Jan. 20, 2022), *available at* https://bit.ly/34sz7A2; *Permission to Care: How Certificate of Need Laws Harm Patients and Stifle Healthcare Innovation*, AMS. FOR PROSPERITY FOUND. (Oct. 2021), *available at* http://afpf.org/conreport; *Records confirm VA's use of inaccurate wait time numbers*, AMS. FOR PROSPERITY FOUND. (Oct. 1, 2021), *available at* https://bit.ly/3a9KGeL; *Government documents reveal Export-Import Bank fails to protect taxpayers … again*, AMS. FOR PROSPERITY FOUND. (Oct. 30, 2020), *available at* https://bit.ly/3hD09Jn; *Kansas Shut Down Businesses That Were Willing and Able to Comply with Safety Guidelines*, AMS. FOR PROSPERITY FOUND. (July 21, 2020), *available at* https://bit.ly/3vbj7eC; *Gone in an Instant: How Instant Messaging Threatens the Freedom of Information Act* (Mar. 16, 2020), AMS. FOR PROSPERITY FOUND., *available at* https://bit.ly/2zQOEKI.

[11] 5 U.S.C. § 552(a)(4)(A)(ii)(II).

To facilitate document review, please provide the responsive documents in electronic form in lieu of a paper production. If a certain portion of responsive records can be produced more readily, AFPF requests that those records be produced first, and the remaining records be produced on a rolling basis as circumstances permit. If you have any questions about this request, please contact me at KSchmidt@afphq.org. Thank you for your attention to this matter.

Kevin Schmidt

KEVIN SCHMIDT
DIRECTOR OF INVESTIGATIONS, AFPF

# Exhibit 5

FOUO / UNCLASSIFIED

Disinformation Governance Board
DHS MDM Capabilities Review

[redacted]

(b) (5)

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

DHS-001-002015-000711

(b) (5)

[redacted]

DHS-001-002015-000712

FOUO / UNCLASSIFIED

[redacted]

Page 006

Withheld pursuant to exemption

(b)(5)

of the Freedom of Information and Privacy Act

FOUO // UNCLASSIFIED

# Exhibit 6

# DEPARTMENT OF HOMELAND SECURITY

[redacted] (b) (5)

# CONCEPT OF OPERATIONS

## [DATE]

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]


DHS-001-002015-000718

(b) (5)

[redacted]


DHS-001-002015-000719

(b) (5)

[redacted]

(b) (5)

[redacted]


DHS-001-002015-000721

# Exhibit 7

U.S. Department of Homeland Security
Washington, DC 20528

Homeland Security

September 13, 2021

**INFORMATION**

MEMORANDUM FOR THE SECRETARY

FROM: Robert Silvers /s/
Under Secretary
Office of Strategy, Policy, and Plans

Samantha Vinograd /s/
Senior Counselor for National Security
Office of the Secretary

SUBJECT: **Organizing DHS Efforts to Counter Disinformation**

---

The spread of disinformation[1] presents serious homeland security risks:

- Conspiracy theories about the validity and security of elections may undermine trust in core democratic institutions, amplify threats against election personnel, and jeopardize the voting rights of vulnerable communities.
- Disinformation related to the origins and effects of COVID-19 vaccines or the efficacy of masks undercuts public health efforts to combat the pandemic.
- Foreign terrorists, nation-states, and domestic violent extremist (DVE) groups leverage disinformation narratives to amplify calls to violence, including racially or ethnically motivated and anti-government/anti-authority violence. These actors often amplify and exploit narratives that already exist in public discourse, such as disinformation surrounding the validity of the 2020 election underpinning calls to violence on January 6, 2021.
- Disinformation can complicate the performance of core DHS missions. Falsehoods surrounding U.S. Government immigration policy drive vulnerable populations to pay smugglers to bring them on the dangerous journey to our southern border. Disinformation can hamper emergency responders in the aftermath of natural disasters or other incident responses.

[redacted]

(b)(5)

**Subject: Organizing DHS Efforts to Counter Disinformation**
**Page 2**

[redacted] (b)(5)

**DHS Functions and Existing Efforts to Counter Disinformation**
DHS components are already engaged in countering disinformation, with activities falling into five functions that are performed by the components themselves or through third-party resources: 1) identification of disinformation relevant to DHS's mission; 2) analysis of its source and influence; 3) information sharing regarding threats posed by disinformation, 4) response to the disinformation threat; and 5) building resilience to disinformation. There is also excellent work being done by interagency partners, the private sector, and academia—particularly concerning identifying and analyzing disinformation—and DHS should leverage this work when possible.

1) *Identification*: Information gathering on disinformation threats and trends.
   - I&A's Homeland Influence Task Force collects information on possible disinformation from publicly available sources as well as other intelligence sources where the collection furthers one of I&A's authorized intelligence missions, such as foreign intelligence and protection of critical infrastructure.
   - CISA gathered information on disinformation related to the elections with SLTT partners leading up to the 2020 election and has limited authority to collect information on disinformation related to critical infrastructure.

2) *Analysis*: Assessing the impact of specific disinformation narratives on the homeland or on DHS missions.
   - I&A, as well as other components engaging in intelligence and analytic functions, produce analysis on disinformation threats, whom they may be targeting, and what attendant risks might arise.

3) *Information Sharing*: Providing timely, quality information on disinformation threats and strategic trends to stakeholders including SLTT authorities, private sector partners, or the public directly.
   - Leading up to the 2020 election, CISA relayed reports of election disinformation from election officials to social media platform operators.

- I&A distributes intelligence products to SLTT partners related to disinformation threats. Most recently, I&A issued a Public Safety Notification concerning the possible threat of violence motivated by conspiracy theories related to the "reinstatement" of former President Trump.
- The August 13, 2021 National Terrorism Advisory System Bulletin referenced the threat of disinformation spread by foreign and domestic threat actors.

4) *Response*: Factually countering disinformation through public communications channels to mitigate related threats, increase awareness, and improve public safety.
   - During the 2020 election, CISA maintained a 'Rumor Control' website to counter foreign disinformation related to the security and conduct of the vote. CISA sought to 'prebunk' incorrect claims with factual information.
   - In your August 12, 2021 public remarks in Brownsville, TX concerning the southwest border, you stated your intention to "debunk false information that has been spread," sharing factual information about the situation on the ground and DHS's border enforcement and policies.

5) *Building Resilience*: Improving the public's ability to detect disinformation through digital and media literacy, where DHS has a unique role to play, programs and civic education. These programs are coordinated with federal, SLTT, and private sector partners.
   - CISA launched a graphic novel series to reach potentially impacted communities in a non-traditional way. The novels educate on the dangers of disinformation and how to detect it.

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted] (b)(5)

*****

[redacted] (b)(5)

# Exhibit 8

REL0001688325.0001.0001

(b) (5), (b) (7)(E)

[redacted]

DHS-001-002015-000682

DHS-001-002015-000682

REL0001688325.0001.0001

(b)(5), (b)(7)(E)

[redacted]



DHS-001-002015-000683

[redacted]

(b) (5), (b) (7)(E)

REL0001688325.0001.0001



DHS-001-002015-000684

REL0001688325.0001.0001

[redacted]

(b)(5), (b)(7)(E)

DHS-001-002015-000685

DHS-001-002015-000685

REL0001688325.0001.0001

[redacted]

(b)(5), (b)(7)(E)

DHS-001-002015-000686

DHS-001-002015-000686

REL0001688325.0001.0001

(b)(5), (b)(7)(E)

[redacted]

DHS-001-002015-000687

DHS-001-002015-000687

REL0001688325.0001.0001

[redacted]

(b)(5), (b)(7)(E)



DHS-001-002015-000688

REL0001688325.0001

[redacted]

(b)(5), (b)(7)(E)

DHS-001-002015-000689

DHS-001-002015-000689

[redacted]

(b)(5), (b)(7)(E)

REL0001688325.0001.0001

DHS-001-002015-000690

DHS-001-002015-000690

REL0001688325.0001.0001

[redacted]

(b)(5), (b)(7)(E)


DHS-001-002015-000691

REL0001688325.0001.0001

(b)(5), (b)(7)(E)

[redacted]



DHS-001-002015-000692

REL0001688325.0001.0001

(b)(5), (b)(7)(E)

[redacted]

DHS-001-002015-000693
DHS-001-002015-000693

REL0001688325.0001.0001

(b)(5), (b)(7)(E)

[redacted]



DHS-001-002015-000694

REL0001688325.0001.0001

(b) (5), (b) (7)(E)

[redacted]

DHS-001-002015-000695

DHS-001-002015-000695

REL0001688325.0001.0001

(b)(5), (b)(7)(E)

[redacted]

DHS-001-002015-000696

DHS-001-002015-000696

[redacted]

(b)(5), (b)(7)(E)

REL0001688325.0001.0001

DHS-001-002015-000697

DHS-001-002015-000697

REL0001688325.0001.0001

[redacted]

(b)(5), (b)(7)(E)



DHS-001-002015-000698

REL0001688325.0001.0001

[redacted]

(b)(5), (b)(7)(E)



DHS-001-002015-000699

REL0001688325.0001.0001

(b)(5), (b)(7)(E)

[redacted]


DHS-001-002015-000700

REL0001688325.0001.0001

[redacted]

(b) (5), (b) (7)(E)

DHS-001-002015-000701

DHS-001-002015-000701

REL0001688325.0001.0001

[redacted]

(b) (5), (b) (7)(E)

DHS-001-002015-000702

DHS-001-002015-000702

REL0001688325.0001.0001

[redacted]

(b)(5), (b)(7)(E)



DHS-001-002015-000703

REL0001688325.0001.0001

[redacted]

(b)(5), (b)(7)(E)

DHS-001-002015-000704

DHS-001-002015-000704

REL0001688325.0001.0001

(b)(5), (b)(7)(E)

[redacted]



DHS-001-002015-000705

[redacted]

(b)(5), (b)(7)(E)

REL0001688325.0001.0001



DHS-001-002015-000706

REL0001688325.0001.0001

(b)(5), (b)(7)(E)

[redacted]

DHS-001-002015-000707

DHS-001-002015-000707

# Exhibit 9

DHS-001-002015-000812

# DHS Ukraine Task Force Concept Proposal

February 6th, 2022

DHS-001-002015-000812

[redacted]

(b)(5)

DHS-001-002015-000813

DHS-001-002015-000813

(b)(5)

[redacted]



DHS-001-002015-000814

DHS-001-002015-000815

[redacted]

(b)(5)

DHS-001-002015-000815

[redacted]

(b)(5)

DHS-001-002015-000816

DHS-001-002015-000816

DHS-001-002015-000817

[redacted]

(b)(5)

DHS-001-002015-000817

[redacted]

(b)(5)

DHS-001-002015-000818

DHS-001-002015-000818

[redacted]

(b)(5)

DHS-001-002015-000819

DHS-001-002015-000819

[redacted]

(b)(5)


DHS-001-002015-000820

[redacted]

(b)(5)



DHS-001-002015-000821

DHS-001-002015-000822

(b)(5)

[redacted]

DHS-001-002015-000822

DHS-001-002015-000823

(b)(5)

[redacted]

DHS-001-002015-000823

[redacted]

(b)(5)



DHS-001-002015-000824

DHS-001-002015-000825

[redacted]

(b)(5)

DHS-001-002015-000825

[redacted]

(b)(5)

DHS-001-002015-000826

DHS-001-002015-000826

DHS-001-002015-000827

[redacted]

(b)(5)

DHS-001-002015-000827

# Exhibit 10

DRAFT // DELIBERATIVE

FOR OFFICIAL USE ONLY

**Summary of Disinformation Governance Board Roles and Responsibilities**

[redacted]

(b)(5)

FOR OFFICIAL USE ONLY

[redacted]

(b)(5)

# Exhibit 11

UNCLASSIFIED//FOUO
DELIBERATIVE/PREDECISIONAL

**Summary of U.S Department of Homeland Security (DHS) Authorities Concerning Mis-, Dis-, and Mal-Information (MDM)**

[redacted]

(b)(5)

(b)(5)

[redacted]

UNCLASSIFIED//FOUO
DELIBERATIVE/PREDECISIONAL

(b)(5)

[redacted]

UNCLASSIFIED//FOUO
DELIBERATIVE/PREDECISIONAL

(b)(5)

[redacted]

# Exhibit 12

**From:** [redacted] (b) (6)
JANKOWICZ, NINA [redacted] (b) (6)
**To:** [redacted] (b) (6)
**Subject:** Inquiry in connection with your DHS disinformation governance board
**Date:** 2022/04/27 10:54:31
**Priority:** Normal
**Type:** Note

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi Nina,

It was so great to hear from you this morning. Congratulations on all your personal and professional developments! [redacted] (b)(5)

(b)(5)

Thank you so much,
[redacted] (b) (6)

**Sender:** [redacted] (b) (6)
JANKOWICZ, NINA [redacted] (b) (6)
**Recipient:** [redacted] (b) (6)
**Sent Date:** 2022/04/27 10:54:26
**Delivered Date:** 2022/04/27 10:54:31

# Exhibit 13

# MDM POINTS
**January 27, 2022**

**Summary**

[redacted] (b)(5)

**DHS Equities**

[redacted] (b)(5)

**Highlights of Lessons Learned from PLCY led MDM TTXs**

[redacted] (b)(5)

(b)(5)

[redacted]

(b)(5)

[redacted]

# Exhibit 14

**DHS AUTHORITIES IN THE MDM SPACE**

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

# Exhibit 15

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

DHS-001-002015-000560

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

# Exhibit 16

**From:** Wollenhaupt, Charles L (b)(6) (b)(6) (b)(6) [redacted] gov>

**To:** VINOGRAD, SAMANTHA (b)(6) (b)(6) (b)(6) [redacted] gov>;
PECK, SARAH (b)(6) (b)(6) (b)(6) [redacted] gov>;
JANKOWICZ, NINA (b)(6) (b)(6) (b)(6) [redacted] gov>;
Clemens, Ruth (b)(6) (b)(6) (b)(6) [redacted] gov>;
Lamote, Jason (b)(6) (b)(6) (b)(6) [redacted] gov>;
WATERS, ERIN (b)(6) (b)(6) (b)(6) [redacted] gov>;
SEIDMAN, RICKI (b)(6) (b)(6) (b)(6) [redacted] gov>;
ULLOA, ISABELLA (b)(6) (b)(6) (b)(6) [redacted] gov>;
ESPINOSA, MARSHA (b)(6) (b)(6) (b)(6) [redacted] gov>;
LUGO, ALICE (b)(6) (b)(6) (b)(6) [redacted] gov>;
CARNES, ALEXANDRA (b)(6) (b)(6) (b)(6) [redacted] gov>;
MILLONA, EVA (b)(6) (b)(6) (b)(6) [redacted] gov>;
MAYER, JASON (b)(6) (b)(6) (b)(6) [redacted] gov>;
ABDELALL, BRENDA (b)(6) (b)(6) (b)(6) [redacted] gov>

**CC:** DASKAL, JENNIFER (b)(6) (b)(6) (b)(6) [redacted] gov>;
Kozey, Elizabeth (b)(6) (b)(6) (b)(6) [redacted] gov>;
FAUSETT, ANDREW (b)(6) (b)(6) (b)(6) [redacted] gov>;
SHAH, SARASWATI (b)(6) (b)(6) (b)(6) [redacted] gov>

**Subject:** Re: Sync on Disinformation Governance Board Announcement

**Date:** 2022/04/27 08:52:23

**Priority:** Normal

**Type:** Note

PSO notifications complete.
Chase
**From:** VINOGRAD, SAMANTHA (b)(6) [redacted] gov>
**Sent:** Wednesday, April 27, 2022 7:50:14 AM
**To:** PECK, SARAH (b)(6) [redacted] gov>; JANKOWICZ, NINA (b)(6) [redacted] gov>; Clemens, Ruth (b)(6) [redacted] gov>; Lamote, Jason (b)(6) [redacted] gov>; WATERS, ERIN (b)(6) [redacted] gov>; SEIDMAN, RICKI (b)(6) [redacted] gov>; ULLOA, ISABELLA (b)(6) [redacted] gov>; ESPINOSA, MARSHA (b)(6) [redacted] gov>; LUGO, ALICE (b)(6) [redacted] gov>; CARNES, ALEXANDRA (b)(6) [redacted] gov>; MILLONA, EVA (b)(6) [redacted] gov>; MAYER, JASON (b)(6) [redacted] gov>; ABDELALL, BRENDA (b)(6) [redacted] gov>; Wollenhaupt, Charles L (b)(6) [redacted] gov>
**Cc:** DASKAL, JENNIFER (b)(6) [redacted] gov>; Kozey, Elizabeth (b)(6) [redacted] gov>; FAUSETT, ANDREW (b)(6) [redacted] gov>; SHAH, SARASWATI (b)(6) [redacted] gov>
**Subject:** Re: Sync on Disinformation Governance Board Announcement

Woohoo!
**From:** PECK, SARAH (b)(6) [redacted] gov>
**Sent:** Wednesday, April 27, 2022 7:38:50 AM
**To:** VINOGRAD, SAMANTHA (b)(6) [redacted] gov>; JANKOWICZ, NINA (b)(6) [redacted] gov>; Clemens, Ruth (b)(6) [redacted] gov>; Lamote, Jason (b)(6) [redacted] gov>; WATERS, ERIN (b)(6) [redacted] gov>; SEIDMAN, RICKI (b)(6) [redacted] gov>; ULLOA, ISABELLA (b)(6) [redacted] gov>; ESPINOSA, MARSHA (b)(6) [redacted] gov>; LUGO, ALICE (b)(6) [redacted] gov>; CARNES, ALEXANDRA (b)(6) [redacted] gov>; MILLONA, EVA (b)(6) [redacted] gov>; MAYER, JASON (b)(6) [redacted] gov>; ABDELALL, BRENDA (b)(6) [redacted] gov>; Wollenhaupt, Charles L (b)(6) [redacted] gov>
**Cc:** DASKAL, JENNIFER (b)(6) [redacted] gov>; Kozey, Elizabeth (b)(6) [redacted] gov>; FAUSETT, ANDREW (b)(6) [redacted] gov>; SHAH, SARASWATI (b)(6) [redacted] gov>
**Subject:** Re: Sync on Disinformation Governance Board Announcement

Here it is!
— DHS is standing up a new Disinformation Governance Board to coordinate countering misinformation related to homeland security, focused specifically on irregular migration and Russia. Nina Jankowicz will head the board as executive director. She previously was a disinformation fellow at the Wilson Center, advised the Ukrainian Foreign Ministry as part of the Fulbright Public Policy Fellowship and oversaw Russia and Belarus programs at the National Democratic Institute. (h/t Daniel Lippman)

https://www.politico.com/playbook
**From:** VINOGRAD, SAMANTHA (b)(6) [redacted] gov>
**Sent:** Tuesday, April 26, 2022 8:34:32 PM
**To:** JANKOWICZ, NINA (b)(6) [redacted] gov>; Clemens, Ruth (b)(6) [redacted] gov>; PECK, SARAH (b)(6) [redacted] gov>; Lamote, Jason (b)(6) [redacted] gov>; WATERS, ERIN (b)(6) [redacted] gov>; SEIDMAN, RICKI (b)(6) [redacted] gov>; ULLOA, ISABELLA (b)(6) [redacted] gov>; ESPINOSA, MARSHA (b)(6) [redacted] gov>; LUGO, ALICE

(b)(6) [redacted] gov>; CARNES, ALEXANDRA (b)(6) [redacted] gov>; MILLONA, EVA (b)(6) [redacted] gov>; MAYER, JASON (b)(6) [redacted] gov>; ABDELALL, BRENDA (b)(6) [redacted] gov>; Wollenhaupt, Charles L (b)(6) [redacted] gov>
**Cc:** DASKAL, JENNIFER (b)(6) [redacted] gov>; Kozey, Elizabeth (b)(6) [redacted] gov>; FAUSETT, ANDREW (b)(6) [redacted] gov>; SHAH, SARASWATI (b)(6) [redacted] gov>
**Subject:** Re: Sync on Disinformation Governance Board Announcement

Fantastic!

**From:** JANKOWICZ, NINA (b)(6) [redacted] gov>
**Sent:** Tuesday, April 26, 2022 8:25:48 PM
**To:** Clemens, Ruth (b)(6) [redacted] gov>; PECK, SARAH (b)(6) [redacted] gov>; Lamote, Jason (b)(6) [redacted] gov>; WATERS, ERIN (b)(6) [redacted] gov>; VINOGRAD, SAMANTHA (b)(6) [redacted] gov>; SEIDMAN, RICKI (b)(6) [redacted] gov>; ULLOA, ISABELLA (b)(6) [redacted] gov>; ESPINOSA, MARSHA (b)(6) [redacted] gov>; LUGO, ALICE (b)(6) [redacted] gov>; CARNES, ALEXANDRA (b)(6) [redacted] gov>; MILLONA, EVA (b)(6) [redacted] gov>; MAYER, JASON (b)(6) [redacted] gov>; ABDELALL, BRENDA (b)(6) [redacted] gov>; Wollenhaupt, Charles L (b)(6) [redacted] gov>
**Cc:** DASKAL, JENNIFER (b)(6) [redacted] gov>; Kozey, Elizabeth (b)(6) [redacted] gov>; FAUSETT, ANDREW (b)(6) [redacted] gov>; SHAH, SARASWATI (b)(6) [redacted] gov>
**Subject:** RE: Sync on Disinformation Governance Board Announcement

Thank you, OPA team, for getting this over the finish line! We're excited to see it out in the world.

OLA and OPE, let us know if/how we can be helpful once Playbook publishes.

Have a good evening all-
N

**Nina Jankowicz**
Executive Director
Disinformation Governance Board
Office of Strategy, Policy, and Plans
U.S. Department of Homeland Security
C: (b)(6) [redacted] | O: (b)(6) [redacted]
(b)(6) [redacted] gov
(b)(6) [redacted] gov
(b)(6) [redacted] gov

**From:** Clemens, Ruth (b)(6) [redacted] gov>
**Sent:** Tuesday, April 26, 2022 8:23 PM
**To:** JANKOWICZ, NINA (b)(6) [redacted] gov>; PECK, SARAH (b)(6) [redacted] gov>; Lamote, Jason (b)(6) [redacted] gov>; WATERS, ERIN (b)(6) [redacted] gov>; VINOGRAD, SAMANTHA (b)(6) [redacted] gov>; SEIDMAN, RICKI (b)(6) [redacted] gov>; ULLOA, ISABELLA (b)(6) [redacted] gov>; ESPINOSA, MARSHA (b)(6) [redacted] gov>; LUGO, ALICE (b)(6) [redacted] gov>; CARNES, ALEXANDRA (b)(6) [redacted] gov>; MILLONA, EVA (b)(6) [redacted] gov>; MAYER, JASON (b)(6) [redacted] gov>; ABDELALL, BRENDA (b)(6) [redacted] gov>; Wollenhaupt, Charles L (b)(6) [redacted] gov>

**Cc:** DASKAL, JENNIFER (b)(6) [redacted] gov>; Kozey, Elizabeth (b)(6) [redacted] gov>; FAUSETT, ANDREW (b)(6) [redacted] gov>; SHAH, SARASWATI (b)(6) [redacted] gov>
**Subject:** RE: Sync on Disinformation Governance Board Announcement

Good Evening –

Apologies for the late email. We received final approval from the NSC on the one-pager and RTQ content in the attached. OPA has pitched the story to Politico and we expect it to be included in tomorrow morning's Playbook, which will publish in the 6:00 AM hour.

OLA and OPE – Please let us know what notifications you plan to make before or after that article publishes. As a reminder, we are not publishing the one-pager or any formal announcement on DHS.gov.

Please let me know if you have any questions!

Thank you,

**Ruth Clemens**
Assistant Press Secretary | DHS Public Affairs | ☎ (b)(6) [redacted]

**From:** JANKOWICZ, NINA (b)(6) [redacted] gov>
**Sent:** Tuesday, April 26, 2022 2:34 PM
**To:** PECK, SARAH (b)(6) [redacted] gov>; Lamote, Jason (b)(6) [redacted] gov>; WATERS, ERIN (b)(6) [redacted] gov>; Clemens, Ruth (b)(6) [redacted] gov>; VINOGRAD, SAMANTHA (b)(6) [redacted] gov>; SEIDMAN, RICKI (b)(6) [redacted] gov>; ULLOA, ISABELLA (b)(6) [redacted] gov>; ESPINOSA, MARSHA (b)(6) [redacted] gov>; LUGO, ALICE (b)(6) [redacted] gov>; CARNES, ALEXANDRA (b)(6) [redacted] gov>; MILLONA, EVA (b)(6) [redacted] gov>; MAYER, JASON (b)(6) [redacted] gov>; ABDELALL, BRENDA (b)(6) [redacted] gov>; Wollenhaupt, Charles L (b)(6) [redacted] gov>
**Cc:** DASKAL, JENNIFER (b)(6) [redacted] gov>; Kozey, Elizabeth (b)(6) [redacted] gov>; FAUSETT, ANDREW (b)(6) [redacted] gov>; SHAH, SARASWATI (b)(6) [redacted] gov>
**Subject:** RE: Sync on Disinformation Governance Board Announcement

Hi! The leak concern is less about who we're meeting with this week and more that we've been meeting with folks for two months now and have already heard had inquiries from partners across the interagency and in industry. We are waiting to action any meetings until the Board announcement happens at this point.

**Nina Jankowicz**
Executive Director
Disinformation Governance Board
Office of Strategy, Policy, and Plans
U.S. Department of Homeland Security
C: (b)(6) [redacted] | O: (b)(6) [redacted]
(b)(6) [redacted] gov
(b)(6) [redacted] gov
(b)(6) [redacted] gov

(b)(6) [redacted] gov>; ABDELALL, BRENDA (b)(6) [redacted] gov>; Wollenhaupt, Charles L (b)(6) [redacted] gov>
**Cc:** DASKAL, JENNIFER (b)(6) [redacted] gov>; Kozey, Elizabeth (b)(6) [redacted] gov>; FAUSETT, ANDREW (b)(6) [redacted] gov>; SHAH, SARASWATI (b)(6) [redacted] gov>
**Subject:** RE: Sync on Disinformation Governance Board Announcement

Thank you Ruth! To expand on that as well --

The RTQ and background material on the Board is currently going through clearance. The impetus for a public announcement here is the press story, which will be pitched following clearance. We will have an updated timeline following clearance as Ruth mentions below.

One update regarding materials. (b) (5) [redacted]

---

**From:** Clemens, Ruth (b)(6) [redacted] gov>
**Sent:** Tuesday, April 26, 2022 8:55 AM
**To:** Lamote, Jason (b)(6) [redacted] gov>; WATERS, ERIN (b)(6) [redacted] gov>; JANKOWICZ, NINA (b)(6) [redacted] gov>; VINOGRAD, SAMANTHA (b)(6) [redacted] gov>; SEIDMAN, RICKI (b)(6) [redacted] gov>; ULLOA, ISABELLA (b)(6) [redacted] gov>; ESPINOSA, MARSHA (b)(6) [redacted] gov>; LUGO, ALICE (b)(6) [redacted] gov>; PECK, SARAH (b)(6) [redacted] gov>; CARNES, ALEXANDRA (b)(6) [redacted] gov>; MILLONA, EVA (b)(6) [redacted] gov>; MAYER, JASON (b)(6) [redacted] gov>; ABDELALL, BRENDA (b)(6) [redacted] gov>; Wollenhaupt, Charles L (b)(6) [redacted] gov>
**Cc:** DASKAL, JENNIFER (b)(6) [redacted] gov>; Kozey, Elizabeth (b)(6) [redacted] gov>; FAUSETT, ANDREW (b)(6) [redacted] gov>; SHAH, SARASWATI (b)(6) [redacted] gov>
**Subject:** RE: Sync on Disinformation Governance Board Announcement

Hi Jason – The rollout plan is currently pending OGC approval. I will update this chain when we have an approved document.

Thank you!
Ruth

---

**From:** Lamote, Jason (b)(6) [redacted] gov>
**Sent:** Tuesday, April 26, 2022 8:50 AM
**To:** WATERS, ERIN (b)(6) [redacted] gov>; JANKOWICZ, NINA (b)(6) [redacted] gov>; VINOGRAD, SAMANTHA (b)(6) [redacted] gov>; SEIDMAN, RICKI (b)(6) [redacted] gov>; ULLOA, ISABELLA (b)(6) [redacted] gov>; ESPINOSA, MARSHA (b)(6) [redacted] gov>; LUGO, ALICE (b)(6) [redacted] gov>; PECK, SARAH (b)(6) [redacted] gov>; CARNES, ALEXANDRA (b)(6) [redacted] gov>; MILLONA, EVA <eva.millona@hq.dhs.gov>; MAYER, JASON <JASON.MAYER@hq.dhs.gov>; ABDELALL, BRENDA (b)(6) [redacted] gov>; Wollenhaupt, Charles L (b)(6) [redacted] gov>
**Cc:** DASKAL, JENNIFER (b)(6) [redacted] gov>; Kozey, Elizabeth (b)(6) [redacted] gov>; FAUSETT, ANDREW (b)(6) [redacted] gov>; SHAH, SARASWATI (b)(6) [redacted] gov>;

Clemens, Ruth (b)(6) [redacted] gov>
**Subject:** RE: Sync on Disinformation Governance Board Announcement

Do we have a cleared document yet and timeline for when we should notify Congress?

**Jason Lamote**
Director - Cyber, Intelligence, Operations
Office of Legislative Affairs
Department of Homeland Security
Cell: (b)(6) [redacted] Email: (b)(6) [redacted] gov

**From:** WATERS, ERIN (b)(6) [redacted] gov>
**Sent:** Monday, April 25, 2022 4:13 PM
**To:** JANKOWICZ, NINA (b)(6) [redacted] gov>; VINOGRAD, SAMANTHA (b)(6) [redacted] gov>; SEIDMAN, RICKI (b)(6) [redacted] gov>; ULLOA, ISABELLA (b)(6) [redacted] gov>; ESPINOSA, MARSHA (b)(6) [redacted] gov>; LUGO, ALICE (b)(6) [redacted] gov>; PECK, SARAH (b)(6) [redacted] gov>; CARNES, ALEXANDRA (b)(6) [redacted] gov>; Lamote, Jason (b)(6) [redacted] gov>; MILLONA, EVA (b)(6) [redacted] gov>; MAYER, JASON (b)(6) [redacted] gov>; ABDELALL, BRENDA (b)(6) [redacted] gov>; Wollenhaupt, Charles L (b)(6) [redacted] gov>
**Cc:** DASKAL, JENNIFER (b)(6) [redacted] gov>; Kozey, Elizabeth (b)(6) [redacted] gov>; FAUSETT, ANDREW (b)(6) [redacted] gov>; SHAH, SARASWATI (b)(6) [redacted] gov>; Clemens, Ruth (b)(6) [redacted] gov>
**Subject:** RE: Sync on Disinformation Governance Board Announcement

Pls note – we have a new, clean document going around for clearance. The linked doc below is now OBE. Thank you!

**From:** JANKOWICZ, NINA (b)(6) [redacted] gov>
**Sent:** Monday, April 25, 2022 10:51 AM
**To:** WATERS, ERIN (b)(6) [redacted] gov>; VINOGRAD, SAMANTHA (b)(6) [redacted] gov>; SEIDMAN, RICKI (b)(6) [redacted] gov>; ULLOA, ISABELLA (b)(6) [redacted] gov>; ESPINOSA, MARSHA (b)(6) [redacted] gov>; LUGO, ALICE (b)(6) [redacted] gov>; PECK, SARAH (b)(6) [redacted] gov>; CARNES, ALEXANDRA (b)(6) [redacted] gov>; Lamote, Jason (b)(6) [redacted] gov>; MILLONA, EVA (b)(6) [redacted] gov>; MAYER, JASON (b)(6) [redacted] gov>; ABDELALL, BRENDA (b)(6) [redacted] gov>; Wollenhaupt, Charles L (b)(6) [redacted] gov>
**Cc:** DASKAL, JENNIFER (b)(6) [redacted] gov>; Kozey, Elizabeth (b)(6) [redacted] gov>; FAUSETT, ANDREW (b)(6) [redacted] gov>; SHAH, SARASWATI (b)(6) [redacted] gov>; Clemens, Ruth (b)(6) [redacted] gov>
**Subject:** RE: Sync on Disinformation Governance Board Announcement

That's wonderful- thanks so much!

**Nina Jankowicz**
Executive Director
Disinformation Governance Board

Office of Strategy, Policy, and Plans
U.S. Department of Homeland Security
C: (b)(6) [redacted] | O: (b)(6) [redacted]
(b)(6) [redacted]gov
(b)(6) [redacted]gov
(b)(6) [redacted]gov

**From:** WATERS, ERIN (b)(6) [redacted]gov>
**Sent:** Monday, April 25, 2022 10:51 AM
**To:** JANKOWICZ, NINA (b)(6) [redacted]gov>; VINOGRAD, SAMANTHA (b)(6) [redacted]gov>; SEIDMAN, RICKI (b)(6) [redacted]gov>; ULLOA, ISABELLA (b)(6) [redacted]gov>; ESPINOSA, MARSHA (b)(6) [redacted]gov>; LUGO, ALICE (b)(6) [redacted]gov>; PECK, SARAH (b)(6) [redacted]gov>; CARNES, ALEXANDRA (b)(6) [redacted]gov>; Lamote, Jason (b)(6) [redacted]gov>; MILLONA, EVA (b)(6) [redacted]gov>; MAYER, JASON (b)(6) [redacted]gov>; ABDELALL, BRENDA (b)(6) [redacted]gov>; Wollenhaupt, Charles L (b)(6) [redacted]gov>
**Cc:** DASKAL, JENNIFER (b)(6) [redacted]gov>; Kozey, Elizabeth (b)(6) [redacted]gov>; FAUSETT, ANDREW (b)(6) [redacted]gov>; SHAH, SARASWATI (b)(6) [redacted]gov>; Clemens, Ruth (b)(6) [redacted]gov>
**Subject:** RE: Sync on Disinformation Governance Board Announcement

Hi Nina, thanks so much for replying and happy Monday. We are finalizing the draft press responses. We would include Rob in our clearance process that we run from here. We'll flag for folks when we are ready to move – thank you!

**From:** JANKOWICZ, NINA (b)(6) [redacted]gov>
**Sent:** Monday, April 25, 2022 10:48 AM
**To:** WATERS, ERIN (b)(6) [redacted]gov>; VINOGRAD, SAMANTHA (b)(6) [redacted]gov>; SEIDMAN, RICKI (b)(6) [redacted]gov>; ULLOA, ISABELLA (b)(6) [redacted]gov>; ESPINOSA, MARSHA (b)(6) [redacted]gov>; LUGO, ALICE (b)(6) [redacted]gov>; PECK, SARAH (b)(6) [redacted]gov>; CARNES, ALEXANDRA (b)(6) [redacted]gov>; Lamote, Jason (b)(6) [redacted]gov>; MILLONA, EVA (b)(6) [redacted]gov>; MAYER, JASON (b)(6) [redacted]gov>; ABDELALL, BRENDA (b)(6) [redacted]gov>; Wollenhaupt, Charles L (b)(6) [redacted]gov>
**Cc:** DASKAL, JENNIFER (b)(6) [redacted]gov>; Kozey, Elizabeth (b)(6) [redacted]gov>; FAUSETT, ANDREW (b)(6) [redacted]gov>; SHAH, SARASWATI (b)(6) [redacted]gov>; Clemens, Ruth (b)(6) [redacted]gov>
**Subject:** RE: Sync on Disinformation Governance Board Announcement

Happy Monday all- thanks for putting the rollout doc together! Sam is OOO today but let me know if there's anything you need from me or the DGB team ahead of tomorrow. My day is very flexible so happy to hop on a call if you need.

Otherwise, let me know when I can send this up to Rob for his approval.

Best
Nina

**Nina Jankowicz**
Executive Director
Disinformation Governance Board
Office of Strategy, Policy, and Plans
U.S. Department of Homeland Security
C: [redacted] | O: [redacted]
[redacted]gov
[redacted]gov
[redacted]gov

**From:** WATERS, ERIN [redacted]gov>
**Sent:** Friday, April 22, 2022 3:41 PM
**To:** JANKOWICZ, NINA [redacted]gov>; VINOGRAD, SAMANTHA [redacted]gov>; SEIDMAN, RICKI [redacted]gov>; ULLOA, ISABELLA [redacted]gov>; ESPINOSA, MARSHA [redacted]gov>; LUGO, ALICE [redacted]gov>; PECK, SARAH [redacted]gov>; CARNES, ALEXANDRA [redacted]gov>; Lamote, Jason [redacted]gov>; MILLONA, EVA [redacted]gov>; MAYER, JASON [redacted]gov>; ABDELALL, BRENDA [redacted]gov>; Wollenhaupt, Charles L [redacted]gov>
**Cc:** DASKAL, JENNIFER [redacted]gov>; Kozey, Elizabeth [redacted]gov>; FAUSETT, ANDREW [redacted]gov>; SHAH, SARASWATI [redacted]gov>; Clemens, Ruth [redacted]gov>
**Subject:** RE: Sync on Disinformation Governance Board Announcement

Thank you. OPE wasn't on this thread so I am adding them here. OPE, can you please take a look by COB? We are drafting accompanying materials to put through clearance.

We are also recommending this announcement for Tuesday, due to a number of other items taking place on Monday.

Thank you,
Erin

**From:** JANKOWICZ, NINA [redacted]gov>
**Sent:** Friday, April 22, 2022 3:32 PM
**To:** WATERS, ERIN [redacted]gov>; VINOGRAD, SAMANTHA [redacted]gov>; SEIDMAN, RICKI [redacted]gov>; ULLOA, ISABELLA [redacted]gov>; ESPINOSA, MARSHA [redacted]gov>; LUGO, ALICE [redacted]gov>; PECK, SARAH [redacted]gov>; CARNES, ALEXANDRA [redacted]gov>; Lamote, Jason [redacted]gov>
**Cc:** DASKAL, JENNIFER [redacted]gov>; Kozey, Elizabeth [redacted]gov>; FAUSETT, ANDREW [redacted]gov>; SHAH, SARASWATI [redacted]gov>; Clemens, Ruth [redacted]gov>
**Subject:** Re: Sync on Disinformation Governance Board Announcement

Hi all- checking in here. Do you need anything from us?

Thanks and hope you're enjoying the weather-
Nina

---

**From:** WATERS, ERIN (b)(6) [redacted] gov>
**Sent:** Friday, April 22, 2022 8:45:39 AM
**To:** JANKOWICZ, NINA (b)(6) [redacted] gov>; VINOGRAD, SAMANTHA
(b)(6) [redacted] gov>; SEIDMAN, RICKI (b)(6) [redacted] gov>; ULLOA, ISABELLA
(b)(6) [redacted] gov>; ESPINOSA, MARSHA (b)(6) [redacted] gov>; LUGO, ALICE
(b)(6) [redacted] gov>; PECK, SARAH (b)(6) [redacted] gov>; CARNES, ALEXANDRA
(b)(6) [redacted] gov>; Lamote, Jason (b)(6) [redacted] gov>
**Cc:** DASKAL, JENNIFER (b)(6) [redacted] gov>; Kozey, Elizabeth (b)(6) [redacted] gov>;
FAUSETT, ANDREW (b)(6) [redacted] gov>; SHAH, SARASWATI (b)(6) [redacted] gov>;
Clemens, Ruth (b)(6) [redacted] gov>
**Subject:** RE: Sync on Disinformation Governance Board Announcement

Thank you. OLA and OPE, please input your pieces by 1pm.

**From:** JANKOWICZ, NINA (b)(6) [redacted] gov>
**Sent:** Friday, April 22, 2022 8:45 AM
**To:** WATERS, ERIN (b)(6) [redacted] gov>; VINOGRAD, SAMANTHA
(b)(6) [redacted] gov>; SEIDMAN, RICKI (b)(6) [redacted] gov>; ULLOA, ISABELLA
(b)(6) [redacted] gov>; ESPINOSA, MARSHA (b)(6) [redacted] gov>; LUGO, ALICE
(b)(6) [redacted] gov>; PECK, SARAH (b)(6) [redacted] gov>; CARNES, ALEXANDRA
(b)(6) [redacted] gov>; Lamote, Jason (b)(6) [redacted] gov>
**Cc:** DASKAL, JENNIFER (b)(6) [redacted] gov>; Kozey, Elizabeth (b)(6) [redacted] gov>;
FAUSETT, ANDREW (b)(6) [redacted] gov>; SHAH, SARASWATI (b)(6) [redacted] gov>;
Clemens, Ruth (b)(6) [redacted] gov>
**Subject:** RE: Sync on Disinformation Governance Board Announcement

Thanks so much Erin!

Rob asked to see the finalized plan so once we've got the pieces in place let me know and I'll send up to him.

**Nina Jankowicz**
Executive Director
Disinformation Governance Board
Office of Strategy, Policy, and Plans
U.S. Department of Homeland Security
C: (b)(6) [redacted] | O: (b)(6) [redacted]
(b)(6) [redacted] gov
(b)(6) [redacted] gov
(b)(6) [redacted] gov

**From:** WATERS, ERIN (b)(6) [redacted] gov>
**Sent:** Thursday, April 21, 2022 6:57 PM
**To:** VINOGRAD, SAMANTHA (b)(6) [redacted] gov>; JANKOWICZ, NINA (b)(6) [redacted] gov>; SEIDMAN, RICKI (b)(6) [redacted] gov>; ULLOA, ISABELLA (b)(6) [redacted] gov>; ESPINOSA, MARSHA (b)(6) [redacted] gov>; LUGO, ALICE (b)(6) [redacted] gov>; PECK, SARAH (b)(6) [redacted] gov>; CARNES, ALEXANDRA (b)(6) [redacted] gov>; Lamote, Jason (b)(6) [redacted] gov>
**Cc:** DASKAL, JENNIFER (b)(6) [redacted] gov>; Kozey, Elizabeth (b)(6) [redacted] gov>; FAUSETT, ANDREW (b)(6) [redacted] gov>; SHAH, SARASWATI (b)(6) [redacted] gov>; Clemens, Ruth (b)(6) [redacted] gov>
**Subject:** RE: Sync on Disinformation Governance Board Announcement

++

**From:** WATERS, ERIN
**Sent:** Thursday, April 21, 2022 6:36 PM
**To:** VINOGRAD, SAMANTHA (b)(6) [redacted] gov>; JANKOWICZ, NINA (b)(6) [redacted] gov>; SEIDMAN, RICKI (b)(6) [redacted] gov>; ULLOA, ISABELLA (b)(6) [redacted] gov>; ESPINOSA, MARSHA (b)(6) [redacted] gov>; LUGO, ALICE (b)(6) [redacted] gov>; PECK, SARAH (b)(6) [redacted] gov>; CARNES, ALEXANDRA (b)(6) [redacted] gov>; Lamote, Jason (b)(6) [redacted] gov>
**Cc:** DASKAL, JENNIFER (b)(6) [redacted] gov>; Kozey, Elizabeth (b)(6) [redacted] gov>; FAUSETT, ANDREW (b)(6) [redacted] gov>; SHAH, SARASWATI (b)(6) [redacted] gov>
**Subject:** RE: Sync on Disinformation Governance Board Announcement

Hi all,

In-progress rollout document is linked here. Can folks please drop in their pieces by tomorrow midday? This targets a Monday rollout.

Thank you!

docx icon 04252021 Rollout -- Disinformation Governance Board.docx

**From:** VINOGRAD, SAMANTHA (b)(6) [redacted] gov>
**Sent:** Thursday, April 21, 2022 11:46 AM
**To:** WATERS, ERIN (b)(6) [redacted] gov>; JANKOWICZ, NINA (b)(6) [redacted] gov>; SEIDMAN, RICKI (b)(6) [redacted] gov>; ULLOA, ISABELLA (b)(6) [redacted] gov>; ESPINOSA, MARSHA (b)(6) [redacted] gov>; LUGO, ALICE (b)(6) [redacted] gov>; PECK, SARAH (b)(6) [redacted] gov>; CARNES, ALEXANDRA (b)(6) [redacted] gov>; Lamote, Jason (b)(6) [redacted] gov>
**Cc:** DASKAL, JENNIFER (b)(6) [redacted] gov>; Kozey, Elizabeth (b)(6) [redacted] gov>; FAUSETT, ANDREW (b)(6) [redacted] gov>; SHAH, SARASWATI (b)(6) [redacted] gov>
**Subject:** RE: Sync on Disinformation Governance Board Announcement

Hi all – thanks for the great collaboration on this. Are we still targeting tomorrow or Monday for a roll-out ahead of S1's testimony?

let us know how we can help!

Sam

---

**From:** WATERS, ERIN (b)(6) [redacted]gov>
**Sent:** Wednesday, April 20, 2022 9:22 PM
**To:** JANKOWICZ, NINA (b)(6) [redacted]gov>; SEIDMAN, RICKI (b)(6) [redacted]gov>; ULLOA, ISABELLA (b)(6) [redacted]gov>; ESPINOSA, MARSHA (b)(6) [redacted]gov>; LUGO, ALICE (b)(6) [redacted]gov>; PECK, SARAH (b)(6) [redacted]gov>; CARNES, ALEXANDRA (b)(6) [redacted]gov>; Lamote, Jason (b)(6) [redacted]gov>
**Cc:** VINOGRAD, SAMANTHA (b)(6) [redacted]gov>; DASKAL, JENNIFER (b)(6) [redacted]gov>; Kozey, Elizabeth (b)(6) [redacted]gov>; FAUSETT, ANDREW (b)(6) [redacted]gov>; SHAH, SARASWATI (b)(6) [redacted]gov>
**Subject:** RE: Sync on Disinformation Governance Board Announcement

Thank you Nina, we will circle back tomorrow.

---

**From:** JANKOWICZ, NINA (b)(6) [redacted]gov>
**Sent:** Wednesday, April 20, 2022 2:24 PM
**To:** WATERS, ERIN (b)(6) [redacted]gov>; SEIDMAN, RICKI (b)(6) [redacted]gov>; ULLOA, ISABELLA (b)(6) [redacted]gov>; ESPINOSA, MARSHA (b)(6) [redacted]gov>; LUGO, ALICE (b)(6) [redacted]gov>; PECK, SARAH (b)(6) [redacted]gov>; CARNES, ALEXANDRA (b)(6) [redacted]gov>; Lamote, Jason (b)(6) [redacted]gov>
**Cc:** VINOGRAD, SAMANTHA (b)(6) [redacted]gov>; DASKAL, JENNIFER (b)(6) [redacted]gov>; Kozey, Elizabeth (b)(6) [redacted]gov>; FAUSETT, ANDREW (b)(6) [redacted]gov>; SHAH, SARASWATI (b)(6) [redacted]gov>
**Subject:** Re: Sync on Disinformation Governance Board Announcement

Thanks again for getting this moving, everyone. Let us know if we can be of assistance and looking forward to seeing the rollout plan.

N

---

**From:** WATERS, ERIN (b)(6) [redacted]gov>
**Sent:** Monday, April 18, 2022 7:41:41 PM
**To:** JANKOWICZ, NINA (b)(6) [redacted]gov>; SEIDMAN, RICKI (b)(6) [redacted]gov>; ULLOA, ISABELLA (b)(6) [redacted]gov>; ESPINOSA, MARSHA (b)(6) [redacted]gov>; LUGO, ALICE (b)(6) [redacted]gov>; PECK, SARAH (b)(6) [redacted]gov>; CARNES, ALEXANDRA (b)(6) [redacted]gov>; Lamote, Jason (b)(6) [redacted]gov>
**Cc:** VINOGRAD, SAMANTHA (b)(6) [redacted]gov>; DASKAL, JENNIFER (b)(6) [redacted]gov>; Kozey, Elizabeth (b)(6) [redacted]gov>; FAUSETT, ANDREW (b)(6) [redacted]gov>; SHAH, SARASWATI (b)(6) [redacted]gov>
**Subject:** RE: Sync on Disinformation Governance Board Announcement

Thanks very much Nina. We'll put pen to paper on a rollout strategy doc – will be best to have everything from all offices in one doc – and circle that soonest. Glad to see that there's overlap with our validator list in OPA and also some new opportunities for relationship building.

Best,
Erin

**From:** JANKOWICZ, NINA (b)(6) [redacted] gov>
**Sent:** Monday, April 18, 2022 4:21 PM
**To:** WATERS, ERIN (b)(6) [redacted] gov>; SEIDMAN, RICKI (b)(6) [redacted] gov>; ULLOA, ISABELLA (b)(6) [redacted] gov>; ESPINOSA, MARSHA (b)(6) [redacted] gov>; LUGO, ALICE (b)(6) [redacted] gov>; PECK, SARAH (b)(6) [redacted] gov>; CARNES, ALEXANDRA (b)(6) [redacted] gov>; Lamote, Jason (b)(6) [redacted] gov>
**Cc:** VINOGRAD, SAMANTHA (b)(6) [redacted] gov>; DASKAL, JENNIFER (b)(6) [redacted] gov>; Kozey, Elizabeth (b)(6) [redacted] gov>; FAUSETT, ANDREW (b)(6) [redacted] gov>; SHAH, SARASWATI (b)(6) [redacted] ov>
**Subject:** RE: Sync on Disinformation Governance Board Announcement

Thanks all for the meeting today! We're looking forward to getting the Board announced publicly early next week and supporting however we can.

@WATERS, ERIN et al, as discussed, below is a list of validators with whom I have personal relationships. Happy to draw on these and cross-reference with colleagues in OPE based on your recommendations.

Let us know what else you need from us in preparation for the announcement.

OLA colleagues- happy to meet to discuss the Hill strategy at your convenience. I'm OOO Friday, but perhaps we could target a briefing on Thursday or Monday?

Best
N

**Validators**

(b)(6) [redacted]

(b)(6) [redacted]

**Nina Jankowicz**
Executive Director
Disinformation Governance Board
Office of Strategy, Policy, and Plans
U.S. Department of Homeland Security
C: (b)(6) [redacted] | O: (b)(6) [redacted]
(b)(6) [redacted]gov
(b)(6) [redacted]gov
(b)(6) [redacted]gov

-----Original Appointment-----
**From:** JANKOWICZ, NINA
**Sent:** Friday, April 15, 2022 9:40 AM
**To:** JANKOWICZ, NINA; WATERS, ERIN; SEIDMAN, RICKI; ULLOA, ISABELLA; ESPINOSA, MARSHA; LUGO, ALICE; PECK, SARAH; CARNES, ALEXANDRA; Lamote, Jason
**Cc:** VINOGRAD, SAMANTHA; DASKAL, JENNIFER; Kozey, Elizabeth; FAUSETT, ANDREW; SHAH, SARASWATI
**Subject:** Sync on Disinformation Governance Board Announcement
**When:** Monday, April 18, 2022 3:30 PM-4:00 PM (UTC-05:00) Eastern Time (US &Canada).
**Where:** Microsoft Teams Meeting

**This time looks free on everyone's calendars but let me know if it doesn't work- thanks!**

Dear Colleagues,

Sam and I met with Ricki last week and at her direction drafted this short document outlining the Disinformation Governance Board's efforts; we hope it can inform planning for the announcement.
[docx icon DGB Brief 040522.docx]

On the week of April 25, we plan to hold both our first Board Meeting and a roundtable with researchers on irregular migration and MDM. As such, we would like to make the public announcement of the Board (and related Congressional/industry/civil society notifications) prior to those events.

Is it possible to meet tomorrow or Monday to discuss?

Thanks very much and hope you are all able to enjoy a bit of the beautiful weather.

Best
Nina

**Nina Jankowicz**
Executive Director
Disinformation Governance Board
Office of Strategy, Policy, and Plans
U.S. Department of Homeland Security
C: (b)(6) [redacted] | O: (b)(6) [redacted]
(b)(6) [redacted]gov
(b)(6) [redacted]gov
(b)(6) [redacted]gov

---

# Microsoft Teams meeting

**Join on your computer or mobile app**
[Click here to join the meeting]

**Or call in (audio only)**
(b)(6) [redacted] United States, Washington DC
Phone Conference ID: (b)(6) [redacted]
Find a local number | Reset PIN

* * * * * U.S. Department of Homeland Security * * * * *

Learn More | Meeting options

---

**Sender:** Wollenhaupt, Charles (b)(6) (b)(6) (b)(6) [redacted] gov>

**Recipient:**
VINOGRAD, SAMANTHA (b)(6) (b)(6) (b)(6) [redacted] gov>;
PECK, SARAH (b)(6) (b)(6) (b)(6) [redacted] ov>;
JANKOWICZ, NINA (b)(6) (b)(6) (b)(6) [redacted] gov>;
Clemens, Ruth (b)(6) (b)(6) (b)(6) [redacted] gov>;
Lamote, Jason (b)(6) (b)(6) (b)(6) [redacted] ov>;
WATERS, ERIN (b)(6) (b)(6) (b)(6) [redacted] gov>;
SEIDMAN, RICKI (b)(6) (b)(6) (b)(6) [redacted] ov>;
ULLOA, ISABELLA (b)(6) (b)(6) (b)(6) [redacted] ov>;
ESPINOSA, MARSHA (b)(6) (b)(6) (b)(6) [redacted] gov>;
LUGO, ALICE (b)(6) (b)(6) (b)(6) [redacted] gov>;
CARNES, ALEXANDRA (b)(6) (b)(6) (b)(6) [redacted] gov>;
MILLONA, EVA (b)(6) (b)(6) (b)(6) [redacted] gov>;
MAYER, JASON (b)(6) (b)(6) (b)(6) [redacted] gov>;
ABDELALL, BRENDA (b)(6) (b)(6) (b)(6) [redacted] gov>;
DASKAL, JENNIFER (b)(6) (b)(6) (b)(6) [redacted] gov>;
Kozey, Elizabeth (b)(6) (b)(6) (b)(6) [redacted] gov>;
FAUSETT, ANDREW (b)(6) (b)(6) (b)(6) [redacted] gov>;
SHAH, SARASWATI (b)(6) [redacted]

(b)(6) [redacted]
(b)(6) [redacted] gov>

**Sent Date:** 2022/04/27 08:52:21

**Delivered Date:** 2022/04/27 08:52:23

# Exhibit 17

**From:** Kozey, Elizabeth [redacted] gov>
**To:** JANKOWICZ, NINA [redacted] gov>
**Subject:** FW: MDM Memo: Disinformation Governance Board
**Date:** 2022/04/29 15:58:33
**Priority:** Normal
**Type:** Note

See attached and below.

**Liz Kozey**
Senior Advisor *(detailee)*
Office of Counterterrorism and Threat Prevention
Office of Strategy, Policy, and Plans
Department of Homeland Security
Office [redacted] | Cell: [redacted]
Email: [redacted] gov | [redacted] gov | [redacted] gov

**From:** Hale, Geoffrey (He/Him) [redacted] gov>
**Sent:** Friday, April 29, 2022 3:27 PM
**To:** Kozey, Elizabeth [redacted] gov>
**Subject:** FW: MDM Memo: Disinformation Governance Board

Perhaps this can inform public messaging

**From:** [redacted] yourtrustedpartners.net>
**Sent:** Friday, April 29, 2022 3:04 PM
**To:** [redacted] gov>; [redacted] gov>; Hale, Geoffrey (He/Him) [redacted] gov>; Snell, Allison (She/Her) [redacted] gov>
**Cc:** [redacted] firstlinedefensellc.com>; [redacted] yourtrustedpartners.net>; [redacted] ctec-corp.com>
**Subject:** MDM Memo: Disinformation Governance Board

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

As I'm sure you're all following, the Disinformation Governance Board has elicited a lot of conversations on and offline. Attached is an overview of some of the narratives we're keeping an eye on in our normal course of business. Please let us know if there is anything specific we can provide.

Thanks
[redacted]

--
[redacted]
Trusted Partners LLC
Mobile [redacted]

| | |
|---|---|
| **Sender:** | Kozey, Elizabeth [redacted] gov> |
| **Recipient:** | JANKOWICZ, NINA [redacted] gov> |
| **Sent Date:** | 2022/04/29 15:58:19 |
| **Delivered Date:** | 2022/04/29 15:58:33 |

# **Exhibit 18**

**MDM Memo: Disinformation Governance Board**
April 29, 2022

[redacted] (b)(5)

# **Exhibit 19**

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

# **Exhibit 20**

(b) (5)

[redacted]

[redacted]
(b) (5)

(b) (5)

[redacted]

# Exhibit 21

(b) (5)

[redacted]

(b) (5)

[redacted]

DHS-001-002015-000649

(b) (5)

[redacted]

(b) (5)

[redacted]

DHS-001-002015-000651

# Exhibit 22

**Ukraine MDM Playbook**

[redacted]

(b) (5)

(b) (5)

[redacted]

(b)(6)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

[redacted]

(b) (5)

(b) (5)

[redacted]

# **Exhibit 23**

**Background Information:**
**DHS PLCY's Roles and Responsibilities in the Department's**
**Information Manipulation Mission**

November 20, 2021

[redacted]

(b)(5)

(b)(5)

[redacted]

(b)(5)

[redacted]

(b)(5)

[redacted]

(b)(5)

[redacted]

(b)(5)

[redacted]

DHS-001-002015-000923

(b)(5)

[redacted]

(b)(5)

[redacted]

# Exhibit 24

**From:** Mayorkas, Alejandro [redacted] (b)(6)

**To:** PECK, SARAH [redacted] (b)(6)
ULLOA, ISABELLA [redacted] (b)(6)
CANEGALLO, KRISTIE [redacted] (b)(6)

**CC:** SEIDMAN, RICKI [redacted] (b)(6)
WU, MIKE [redacted] (b)(6)
ESPINOSA, MARSHA [redacted] (b)(6)

**Subject:** RE: For Input: Disinformation Way Forward
**Date:** 2022/04/29 14:20:55
**Priority:** Normal
**Type:** Note

Proposed revised posting attached, thanks.

Alejandro N. Mayorkas
Secretary

---

**From:** PECK, SARAH [redacted] (b)(6)
**Sent:** Friday, April 29, 2022 2:17 PM
**To:** Mayorkas, Alejandro [redacted] (b)(6) ULLOA, ISABELLA [redacted] (b)(6) CANEGALLO, KRISTIE [redacted] (b)(6)
**Cc:** SEIDMAN, RICKI [redacted] (b)(6) WU, MIKE [redacted] (b)(6) ESPINOSA, MARSHA [redacted] (b)(6)
**Subject:** RE: For Input: Disinformation Way Forward

Thank you, Secretary! We have sent this to the White House and hope to deploy it to reporters shortly.

---

**From:** Mayorkas, Alejandro [redacted] (b)(6)
**Sent:** Friday, April 29, 2022 1:45 PM
**To:** PECK, SARAH [redacted] (b)(6) ULLOA, ISABELLA [redacted] (b)(6) CANEGALLO, KRISTIE [redacted] (b)(6)
**Cc:** SEIDMAN, RICKI [redacted] (b)(6) WU, MIKE [redacted] (b)(6) ESPINOSA, MARSHA [redacted] (b)(6)
**Subject:** RE: For Input: Disinformation Way Forward

Second try:

[redacted]

Alejandro N. Mayorkas
Secretary

---

**From:** Mayorkas, Alejandro
**Sent:** Friday, April 29, 2022 1:41 PM
**To:** PECK, SARAH [redacted] ULLOA, ISABELLA [redacted] CANEGALLO, KRISTIE [redacted]
**Cc:** SEIDMAN, RICKI [redacted] WU, MIKE [redacted] ESPINOSA, MARSHA [redacted]
**Subject:** RE: For Input: Disinformation Way Forward

My proposed revised version, which I can explain if needed:

[redacted]

Thanks. Ali

Alejandro N. Mayorkas
Secretary

---

**From:** PECK, SARAH [redacted]
**Sent:** Friday, April 29, 2022 1:30 PM
**To:** Mayorkas, Alejandro [redacted] ULLOA, ISABELLA [redacted] CANEGALLO, KRISTIE [redacted]
**Cc:** SEIDMAN, RICKI [redacted] WU, MIKE [redacted] ESPINOSA, MARSHA [redacted]
**Subject:** RE: For Input: Disinformation Way Forward

Yes Sir. If we can get something by 2 pm, that would be great.

---

**From:** Mayorkas, Alejandro <anms1@hq.dhs.gov>
**Sent:** Friday, April 29, 2022 1:28 PM
**To:** PECK, SARAH <sarah.peck@hq.dhs.gov>; ULLOA, ISABELLA <isabella.ulloa@hq.dhs.gov>;

CANEGALLO, KRISTIE [redacted] (b)(6)
**Cc:** SEIDMAN, RICKI [redacted] (b)(6) WU, MIKE [redacted] (b)(6) ESPINOSA, MARSHA [redacted] (b)(6)
**Subject:** Re: For Input: Disinformation Way Forward

Do I have fifteen minutes?

Alejandro N. Mayorkas
Secretary

---

**From:** PECK, SARAH [redacted] (b)(6)
**Sent:** Friday, April 29, 2022 1:18:27 PM
**To:** ULLOA, ISABELLA [redacted] (b)(6) Mayorkas, Alejandro [redacted] (b)(6)
CANEGALLO, KRISTIE [redacted] (b)(6)
**Cc:** SEIDMAN, RICKI [redacted] (b)(6) WU, MIKE [redacted] (b)(6) ESPINOSA, MARSHA [redacted] (b)(6)
**Subject:** RE: For Input: Disinformation Way Forward

Secretary, While we adjust the fact sheet, we would like to provide reporters who are on deadline with a [redacted] (b) (5) Here is a draft for your review:

[redacted] (b) (5)

---

**From:** ULLOA, ISABELLA [redacted] (b)(6)
**Sent:** Friday, April 29, 2022 12:08 PM
**To:** Mayorkas, Alejandro [redacted] (b)(6) CANEGALLO, KRISTIE
[redacted] (b)(6)
**Cc:** SEIDMAN, RICKI [redacted] (b)(6) WU, MIKE [redacted] (b)(6) PECK, SARAH [redacted] (b)(6) ESPINOSA, MARSHA [redacted] (b)(6)
**Subject:** Re: For Input: Disinformation Way Forward

Sounds good, Secretary. We do not intend to issue a statement, rather the goal is to post the fact sheet on our website so we have something to point folks to. Perhaps we can adjust the title to make that more clear, maybe by adding the "fact sheet:" qualifier.

Isabella Ulloa
Deputy Chief of Staff
U.S. Department of Homeland Security
[redacted] (b)(6)

---

**From:** Mayorkas, Alejandro [redacted] (b)(6)
**Sent:** Friday, April 29, 2022 12:05:28 PM
**To:** CANEGALLO, KRISTIE [redacted] (b)(6)

**Cc:** ULLOA, ISABELLA [redacted] SEIDMAN, RICKI [redacted] WU, MIKE [redacted] PECK, SARAH [redacted] ESPINOSA, MARSHA [redacted]
**Subject:** Re: For Input: Disinformation Way Forward

Thank you. Just read this quickly. This has all the pieces. I would like the opportunity to work on it when I am back in the office. I would like to re-sequence. Can we just do a fact sheet rather than a release?

Thanks. Ali

Alejandro N. Mayorkas
Secretary

---

**From:** CANEGALLO, KRISTIE [redacted]
**Sent:** Friday, April 29, 2022 11:59:42 AM
**To:** Mayorkas, Alejandro [redacted]
**Cc:** ULLOA, ISABELLA [redacted] SEIDMAN, RICKI [redacted] WU, MIKE [redacted] PECK, SARAH [redacted] ESPINOSA, MARSHA [redacted]
**Subject:** For Input: Disinformation Way Forward

Understand you are still waiting. We have been iterating on the fact sheet / public language. While we are still working on examples for you later, welcome your feedback on this :

**DHS Launches Disinformation Governance Board to
Protect Privacy, Civil Rights, Civil Liberties, and Freedom of Speech**

[redacted]

[redacted] (b)(5)

| | |
|---|---|
| **Sender:** | Mayorkas, Alejandro [redacted] (b)(6) (b)(6) |
| **Recipient:** | PECK, SARAH [redacted] (b)(6) (b)(6)<br>ULLOA, ISABELLA [redacted] (b)(6) (b)(6)<br>CANEGALLO, KRISTIE [redacted] (b)(6) (b)(6)<br>SEIDMAN, RICKI [redacted] (b)(6) (b)(6)<br>WU, MIKE [redacted] (b)(6) (b)(6)<br>ESPINOSA, MARSHA [redacted] (b)(6) (b)(6) |
| **Sent Date:** | 2022/04/29 14:20:38 |
| **Delivered Date:** | 2022/04/29 14:20:55 |

# **Exhibit 25**

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~
PREDECISIONAL//DELIBERATIVE

U.S. Department of Homeland Security
Washington, DC 20528

Homeland Security

January 31, 2022

**ACTION**

MEMORANDUM FOR THE SECRETARY

FROM: Robert Silvers
Under Secretary
Office of Strategy, Policy, and Plans

ROBERT P SILVERS Digitally signed by ROBERT P SILVERS Date: 2022.02.01 16:27:36 -05'00'

Jennifer Daskal
Acting Principal Deputy General Counsel

JENNIFER C DASKAL Digitally signed by JENNIFER C DASKAL Date: 2022.02.01 17:58:32 -05'00'

SUBJECT: **Disinformation Governance Board Charter**

**Purpose:** To obtain your approval of the charter for the Disinformation Governance Board.

**Background:** On September 29, 2021, you directed headquarters and Component leadership to pursue a governance board model to coordinate efforts to counter mis-, dis-, and mal-information (MDM) across the Department.[1] You emphasized the need for clarity as to the Department's policies, standards, and best practices related to MDM work. You also concluded that operational efforts to counter MDM should largely be carried out by Components, which would be responsible for their respective mission areas subject to the oversight of the governance board.

Based on that guidance, we developed the attached charter for a DHS Disinformation Governance Board ("the Board") to execute this critical work. The Board will ensure Departmental efforts to counter MDM are coordinated, deconflicted, and harmonized. The Board's primary roles are to develop and support the implementation of best practices, policies, and protocols that support the identification, assessment, response, and resilience to MDM threats, and that do so in a way that ensures respect for privacy, civil rights, and civil liberties. The Board will also support and coordinate, in conjunction with the relevant Components, MDM work with other departments and agencies, the private sector, and non-governmental actors. In addition, the Board will support research and development efforts to understand the MDM threat to homeland security.

The Board will be co-chaired by representatives of the Office of Strategy, Policy, and Plans (PLCY) and the Office of the General Counsel. Members will include components engaged in

[1] This model is presented as Option 2 in the September 13, 2021 memorandum 'Organizing DHS Efforts to Counter Disinformation.'

**Subject: Disinformation Governance Board Charter**
**Page 2**

counter-MDM activities or that provide oversight and support for such activities. Members will be represented by the principal or deputy for their respective Component/Offices.

The Board will meet no less than once per quarter for the first two years of its existence. It will be supported by a Steering Group, consisting of representatives designated by each Member. A senior official from within PLCY will serve as Executive Director for the Board and Chair of the Steering Group, to be supported by an Executive Secretariat comprised of staff detailed or assigned to PLCY. As we build, we may enlist your office's support in obtaining detailees or other staffing.

The Charter has been coordinated with all DHS components that will be Members of the Board.

For your awareness, we attach a copy of the MDM Playbook that PLCY, together with components, developed for countering MDM in a unified way across the Department in the context of the current situation in Ukraine. We are enthusiastic about the further work that the Disinformation Governance Board can accomplish.

**Timeliness:** We request your signature of the charter as soon as practicable.

**Subject: Disinformation Governance Board Charter**
**Page 3**

**Recommendation:** Approve the charter for the Disinformation Governance Board.

Approve/date AN Mayorkas 2/24/22 Disapprove/date____________________

Modify/date____________________ Needs discussion/date____________________

Attachments:

A. Disinformation Governance Board Charter
B. Ukraine MDM Playbook
C. 'Organizing DHS Efforts to Counter Disinformation' (September 13, 2021)

**DHS Disinformation Governance Board**
**Charter**

**Section 1. Purpose**

The DHS Disinformation Governance Board ("Board") will guide and support the Department's efforts to address mis-, dis-, and mal-information that threatens homeland security ("MDM"). Whereas Department Components will lead on operational responses to MDM in their relevant mission spaces, the Board will ensure DHS efforts are coordinated, deconflicted, and harmonized, both within DHS and across the interagency, to ensure efficiency, unity of effort, and promotion of applicable compliance and best practices.

The Board will focus on the following four cross-functional lines of effort to counter MDM, many of which are already underway ("lines of effort"): (1) identifying MDM ("Identification"); (2) assessing and analyzing the risk that such MDM poses to homeland security ("Risk Assessment"); (3) responding to these MDM threats ("Response"); and (4) building resilience to MDM ("Building Resilience").

With respect to each of these lines of effort, the Board will develop and support the implementation of governance policies and protocols that, among other issues, protect privacy, civil rights, and civil liberties; harmonize and support coordination with other departments and agencies, the private sector, and non-governmental organizations; and support research and development efforts to assess and combat MDM.

**Section 2. Members**

The Board will be co-chaired by representatives of the Office for Strategy, Policy, and Plans (PLCY) and the Office of the General Counsel (OGC). Standing Board members will be representatives of the following DHS Components: the Management Directorate (MGMT); Office of Intelligence and Analysis (I&A); Science and Technology Directorate (S&T); Privacy Office (PRIV); Office for Civil Rights and Civil Liberties (CRCL); Office of Public Affairs (OPA); Cybersecurity and Infrastructure Security Agency (CISA); Federal Emergency Management Agency (FEMA); and U.S. Customs and Border Protection (CBP). Representatives shall be the Principal or Deputy for their respective Component. Other Components may be invited to either join the Board or participate on an ad hoc basis, as appropriate and needed.

**Section 3. Structure**

The Board will be supported by a Steering Group, which will consist of a representative from each Component participating in the Board. Each representative will be selected by their respective Board member.

The Board co-chairs will designate a DHS senior official to serve as the Executive Director for the Board and Chair of the Steering Group. The Executive Director will be detailed or assigned to PLCY, where they will be supported by an Executive Secretariat for the Board comprising staff detailed or assigned to PLCY. The Executive Director will attend and may participate in all Board meetings.

**Section 4. Board Responsibilities**

Components will lead on MDM-related operational responses and other efforts to counter MDM in their relevant mission spaces. The Board will serve as the central forum in the Department to ensure consistent governance and coordination of such efforts, and adherence to applicable constitutional, statutory, and regulatory authorities and obligations.

The Board's initial responsibilities will include a review of existing MDM governance policies and practices across the Department, including:

- policies, procedures, practices, plans, and standards to ensure compliance with applicable constitutional, statutory, and regulatory obligations;
- policies, procedures, practices, plans, and standards to ensure appropriate privacy and civil rights and civil liberties protections;
- policies, procedures, practices, plans, and standards for interactions with the private, non-profit, and academic sectors; and,
- relevant procurement policies and practices.

Based, in part, on the findings from its initial review, the Board will be responsible for developing MDM-related guidance, best practices, and recommendations regarding:

- compliance with applicable constitutional, statutory, and regulatory obligations;
- standards for and implementation of appropriate privacy, civil rights, and civil liberties protections;
- procurement guidelines for contracting or funding third parties to support the Department's MDM efforts;
- grant funding and cooperative agreements;
- development and implementation of new technological and data management tools; and,
- any other applicable guidance, best practices, and recommendations to guide the aforementioned four lines of effort.

The Board also will coordinate, deconflict, and harmonize departmental efforts to address MDM, including by:

- receiving regular and routine updates from DHS Components, the Intelligence Community, and other interagency partners on MDM;
- harmonizing and deconflicting activities by DHS Components regarding the lines of effort;
- harmonizing, deconflicting, and coordinating, in conjunction with relevant Components, the Department's external engagement regarding MDM;

- serving as the Department's internal and external point of contact for coordination with state, local, tribal, and territorial partners, the private sector, and non-governmental actors regarding MDM; and,
- serving as the Department's internal and external point of contact for receiving, coordinating, responding to, and interacting with interagency partners, including the Executive Office of the President, for policy matters generally related to mis-, dis-, and mal-information, but not related to the performance of intelligence activities.

**Section 5. Roles and Responsibilities of Board Members**

The co-chairs of the Board will:

- ➢ convene the Board as needed;
- ➢ approve the agenda for Board meetings;
- ➢ preside over Board meetings;
- ➢ approve summaries of conclusions reached during the Board meetings;
- ➢ communicate Board decisions and activities to the Secretary and other DHS leadership, as appropriate;
- ➢ represent the Board to external audiences; and,
- ➢ take all other actions necessary and proper for the execution of the Board's responsibilities.
- ➢

The Board Members will:

- ➢ represent the perspectives of their respective Components at Board meetings;
- ➢ review any proposals submitted to the Board; and,
- ➢ ensure that their respective Components implement, execute, and follow Board decisions.

The Executive Director will:

- ➢ propose agenda items and discussion topics for the Board following Steering Group review;
- ➢ communicate the positions taken at the Steering Group concerning proposals before the Board;
- ➢ propose summaries of conclusion for each Board and Steering Group meeting;
- ➢ implement and execute Board decisions through the Steering Group;
- ➢ supervise the activities of the Executive Secretariat; and,
- ➢ represent the Steering Group and, where appropriate and in coordination with the co-chairs, the Department to external audiences on MDM-related matters.

The Steering Group Members will:

- ➢ represent the perspectives of their respective Components at Steering Group meetings;
- ➢ review and discuss any proposals to be submitted to the Board;
- ➢ communicate their considerations of Board proposals to their respective Board Members, the Executive Director, and other members of the Steering Group;

- review and approve summaries of conclusions of Steering Group meetings; and,
- subject to the direction and guidance of their respective Board Members, help ensure that their respective Components implement, execute, and follow Board decisions.

**Section 6. Processes & Procedures**

The Board will meet regularly at the discretion of the co-chairs and no less than once per quarter for the first two years of the Board's existence. The Steering Group will meet at the discretion of the Board or Executive Director. Issues raised and proposals submitted to the Board will be resolved by consensus to the greatest extent possible. Where there is a disagreement amongst the Board members, the Board will resolve the matter before it by majority vote. In the absence of consensus, any Board member may elevate, in the form of a written memorandum, an issue to the Secretary or Deputy Secretary where they believe that a decision made by the Board implicates their statutory or other assigned authorities.

The Steering Group is not a voting body. Instead, its members will discuss all issues brought before it and make their recommendations to the Board. Steering Group members will support the development of consensus recommendations to the Board to the greatest extent possible.

**Section 7. Relationship to Other Departmental Governance Bodies**

The Board will serve as the departmental forum for governance of DHS policies, plans, procedures, standards, and activities pertaining to MDM that threatens homeland security. As such, all DHS-wide or Component-specific proposals for funding related to efforts to counter MDM should be appropriately coordinated with the Board, including in advance of submitting any final funding proposals. Matters raised before the Board may implicate other departmental governance fora already in existence. Where that occurs, the Board will coordinate its activities with those respective fora through the Executive Director.

**Section 8. Effective Date**

This charter will go into effect when signed by the Secretary of Homeland Security.

**Section 9. Signature**

Alejandro N. Mayorkas (signature)

Alejandro N. Mayorkas
Secretary
U.S. Department of Homeland Security

Feb. 24, 2022
Date