**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | Civil Action No. 22-2015 (CRC) |

**[PROPOSED] ORDER**

Upon consideration of the parties' motions, and the entire record herein, it is hereby ORDERED that Defendant's motion for summary judgment is DENIED and Plaintiff's cross-motion for summary judgment is GRANTED. It is FURTHER ORDERED that Defendant re-produce all responsive records at issue in their entirety to Plaintiff within 20 days of this Order.

Dated: ____________

______________________________

The Honorable Christopher R. Cooper
United States District Judge